E-FILED ORIGINAL

MC-275

Name RAYMOND DWEDE NELSON Pro Se

DEC - 6 2007

RICHARD W. WIEKING
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Address PPAG - PRIVATE ATTORNEY General WILDCATTERS DRILLING MINNING (307) 251-6146 Bx 782 Rock Springs, WY

CV 07 6188 JW (PR)

CDC or ID Number

(Court)

SAN JOSE

**PETITION FOR WRIT OF HABEAS CORPUS**

Petitioner

vs.

No.

(To be supplied by the Clerk of the Court)

Respondent

## INSTRUCTIONS—READ CAREFULLY

- If you are challenging an order of commitment or a criminal conviction and are filing this petition in the Superior Court, you should file it in the county that made the order.
- If you are challenging the conditions of your confinement and are filing this petition in the Superior Court, you should file it in the county in which you are confined.

- Read the entire form *before* answering any questions.
- This petition must be clearly handwritten in ink or typed. You should exer[...] correct. Because the petition includes a verification, the making of a st[...] for perjury.
- Answer all applicable questions in the proper spaces. If you need additional space, add an extra page and indicate that your answer is "continued on additional page."
- If you are filing this petition in the Superior Court, you need file only the original unless local rules require additional copies. Many courts require more copies.
- If you are filing this petition in the Court of Appeal, file the original and four copies of the petition and, if separately bound, one copy of any supporting documents.
- If you are filing this petition in the California Supreme Court, file the original and ten copies of the petition and, if separately bound, two copies of any supporting documents.
- Notify the Clerk of the Court in writing if you change your address after filing your petition.
- In most cases, the law requires service of a copy of the petition on the district attorney, city attorney, or city prosecutor. See Penal Code section 1475 and Government Code section 72193. You may serve the copy by mail.

Approved by the Judicial Council of California for use under rule 8.380 of the California Rules of Court [as amended effective January 1, 2007]. Subsequent amendments to rule 8.380 may change the number of copies to be furnished to the Supreme Court and Court of Appeal.

Form Approved for Optional Use
Judicial Council of California
MC-275 [Rev. January 1, 2007]

**PETITION FOR WRIT OF HABEAS CORPUS**

Penal Code, § 1473 et seq.;
Cal. Rules of Court, rule 8.380
www.courtinfo.ca.gov

# ALAMEDA COUNTY SHERIFF'S OFFICE

## Detention and Corrections Division

CopyRighted 8/95 Charles C. Plummer

CopyRighted 1/07 Gregory J. Ahern, Sheriff

## INMATE RULES AND INFORMATION

Santa Rita Jail
5325 Broder Blvd.
Dublin, CA 94568

PD-598
SRJ/Revised: Jan-07

MC-275

RECEIVED
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

OCT 17 2007

FILED ____ DOCKETED ____ DATE INITIAL

Name Douglas "Swede" Raymond NELSON

Address Private Attorney General

5325 Broder Blvd (Ste APX-006)

Dublin, Ca 94568

(307) 251-6146 www WILDCAT4nelson@aol.com

CDC or ID Number (707) 552-5991

NINTH CIRCUIT of APPEALS {Jurisdiction International Limited}

District Court 450 Golden Gate Ave

(Court)

San Francisco, CA 94102

Douglas Swede Raymond NELSON

Petitioner

v.

People of Colorado

People of California

Respondent

Attorney Generals Jerry Brown

**PETITION FOR WRIT OF HABEAS CORPUS**

NOTICE of APPEAL

WRIT of MANDATE

No. ____

(To be supplied by the Clerk of the Court)

& or Writ of Replevin 42 USC §12132/§1983

**INSTRUCTIONS—READ CAREFULLY**

- **If you are challenging an order of commitment or a criminal conviction and are filing this petition in the Superior Court, you should file it in the county that made the order.**
- **If you are challenging the conditions of your confinement and are filing this petition in the Superior Court, you should file it in the county in which you are confined.**

- Read the entire form *before* answering any questions.
- This petition must be clearly handwritten in ink or typed. You should exercise care to make sure all answers are true and correct. Because the petition includes a verification, the making of a statement that you know is false may result in a conviction for perjury.
- Answer all applicable questions in the proper spaces. If you need additional space, add an extra page and indicate that your answer is "continued on additional page."
- If you are filing this petition in the Superior Court, you need file only the original unless local rules require additional copies. Many courts require more copies.
- If you are filing this petition in the Court of Appeal, file the original and four copies of the petition and, if separately bound, one copy of any supporting documents.
- If you are filing this petition in the California Supreme Court, file the original and ten copies of the petition and, if separately bound, two copies of any supporting documents.
- Notify the Clerk of the Court in writing if you change your address after filing your petition.
- In most cases, the law requires service of a copy of the petition on the district attorney, city attorney, or city prosecutor. See Penal Code section 1475 and Government Code section 72193. You may serve the copy by mail.

Received 5pm 1st Oct 07

Grievence Dept Johnson

20 Request Since 10th Aug

Approved by the Judicial Council of California for use under rule 8.380 of the California Rules of Court [as amended effective January 1, 2007]. Subsequent amendments to rule 8.380 may change the number of copies to be furnished to the Supreme Court and Court of Appeal.

5th Nov 07

Form Approved for Optional Use
Judicial Council of California
MC-275 [Rev. January 1, 2007]

**PETITION FOR WRIT OF HABEAS CORPUS**

Penal Code, § 1473 et seq.;
Cal. Rules of Court, rule 8.380
www.courtinfo.ca.gov

Page 1A/36

Continues NELSON-WDM-vs People Calif-Colorado, Ross etal

1) Petitioner Douglas "Smoke" Raymond NELSON natural Person & Private Attorney General (act) & ADA, Disabled - One Legged - Insulin Dependent Diabetic & Fictions Person, Self Corp (Ltd) Calif-Nev & Colorado Licensed Mining-Drilling-Railroad, engineering Contractor 'A' gen Engineering #A 343736, Kings Beach - Incline Village, Calif Aspen-Vail-Bolder Colorado. IRS 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 & dob Retired Humboldt #616, Search & Rescue 5/6/45 ... Pacific Ring of Fire, HeadQuarters 50+ Years @ Walnut Creek, Ca 94596 Calif D.L. B4521878 I.D. Wyoming & Colorado & Missouri FAA # ______ Private Pilot (307) 257-6146, Yellow Pages (all 7 Denver, Colorado DEX in Welding (Blacksmith) - Repairs)

2) Arrest, 1st Aug Midnight, Alameda Blvd @ 711 South Corp & Interstate Highway 25, Denver County, Colorado on Alameda County Restitution (DQB383) Debtors Warrant & Incarcerated @ Denver County Jail - Hospital 1Aug - 10Aug && Extradite PC§1381 to Alameda (Santa Rita Camp Parks) for* Administrative Segregation Via United Airlines Deputies Mr-Ms Tucker, Alameda Sheriff. 10th Aug 2007 for* (Because of ADA handicap Prosthetics Right leg)

3) Custody in Criminal; for (a) Visa-Visa Civil action upon Our* NOTICE emailed of intent to file suit (Exhibit* (Provided in Discovery 14th Aug, DA Ross etal) Exhibit ______ (15th of May to Car Store, owner Alvarez & Western Union - Safeway Store, (May Payment #100.00) Now Converted By Alvarez-etal now Doing Business as RALVEREZ@aol.com 276-3444 ...

a) Despite Grant & Signature Loan #2896489 $1500.00 Promissary Note #70552, Receipted #05668) Backed Wells Fargo ... #352 Bank Statement, 00114 ... 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 Account Owner.

Douglas "Smoke" Raymond NELSON

Continues NELSON-WOM -VS People Calif-Colorado, ROSS etal

3 E] Count 1, FORGERY-PC§ 470(d), Check #6552 for $5000.00
Count 2, GRAND THEFT AUTO PC§ 487(d)
LAND ROVER (2000) DISCOVERY
Declaration of PROBABLE CAUSE, CVC§10851(a)
PC§ 476 & 496, of SAN LEANDRO POLICE, #222 ALDRED
VALUE $11,141.50 <5000.00> = $6,141.50
DATED 17 MAY 07

3 G] HAYWARD, HALL of JUSTICE "STATE of CALIF SUPERIOR"
DEPT(S) 501 13th AUG-20th AUG (dry run 24th AUG 07) high Noon
DEPT. 509 27th AUG, HONORABLE SANDERS
DEPT. 511-911-913(?) 25th SEPT 07

3 D] DQB-383 / ARX-006 & -or H.... 464
CII 08528071, 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

3 E] on or ABOUT 24th APRIL 07th

3 F] UNSENTENCED <PLEA WITHDRAWAL> 25th SEPT

3 G] UNKNOWN "OFFER 9mos COUNTY JAIL"

3 H] UNKNOWN "Offer 1/3 = 6mos = 1st December-Jan 07-08

4) NOT GUILTY - Nolo CONTENDERE WITHDRAWN 25th SEPT

5) NO TRIAL

6) GROUND #1, UNLAWFUL CAR STOP <fishing expedition

6A) PROFILING> of US MARINE CORPS, CAMOPHLOGED Dodge 4x4 POWER WAGON, With LOAD of MINNING, ICE Co, DRILLING & WELDING & BROADBAND COMPAQ COMPUTER(S). which WAS CONVERTED BY ALAMEDA SO, DEPUTIES, 16th AUGUST MR & MS TUCKER, GRIEVENCE #076-57383, COCON SPEEDE DENVER Police Dec WMA #1, #2 & #3. ALLEDGED VCode VIOLATION "NO LICENSE PLATE LAMP", Which is "EXEMPTED in Military VEHICLE(S), where LICENSE is at HEADLAMP Height, on TAILGATE.

Douglas "Smoke" Raymond NELSON

Continues NELSON-WDM -V5 People Calif-Colorado

Douglas "Sudie" Raymond NELSON

ie PREJUDICE, witnessed By No Vehicle Code Citation ~~& Removal of Petitioner, from PAIN MEDICATION, &~~ RECENT SURGERY, of FROST BITE. on or about Midnight* *[GRAVEYARD SHIFT EMPLOYMENT 1st Aug (PDST) to Avoid HEAT-SPELL of 100° TEMPERATURES on WELD & METAL JOBS FORGEING <BLACKSMITHING> of RAIL SECTIONS since ~15th July 07 @ Denver-Littleton 80122] @ 7-11 STORE (South Land Corp Reno Nevada/Tahoe) [whom we are SubContractor for] @ Denver's, ALAMEDIA BLVD @ Hwy 25 "Sites"/ City & County, & UNION PACIFIC RAILROAD YARDS, VIA-DUCT/OVER-CROSSING.

6B) Unlawful Search / Seizure, Violation of Civil Right(s) 42 US §1983, Calif Constitution Article 1 PROMULGATION of MAGNA CARTA - HABEAS ACT, WILLFUL OPPRESSION, OBSTRUCTION of JUSTICE PC §182, & ASSOCIATED DENIAL of "SOCIETY" of FRIENDS/TOOLS/FAMILY, etc ie LEGAL RESOURCES of FARRETTA MOTION, PRO-PER ORDERS CALIF/COLORADO/US EVIDENCE CODES

i. DISCOVERY of RESTITUTION WARRANT DQB383 IS & WAS FRUITS of POISION TREE; filed 28 May? BY DA - STATE BAR # 104513 HARTMAN, Rob, ALAMEDIA COUNTY @ Midnight 1st Aug @ Denvers, ALAMEDIA BLVD / US Hwy 25 RESULTING in "FALSE IMPRISONMENT / KIDNAPPING VIOLATION of LINDBERG ACT" INTER STATE §1381 PC PC §182, CONSPIRACY To "Do CRIMINAL ACT" BY ALAMEDIA S.O. MR-Ms TUCKER'S, DEPUTIES. (as REPORTED TO FBI @ SanFrancisco ~9-11-07) & TRO

6.1 GROUND #2, FALSE CRIME REPORT, CVC §10851, SUBJECT of "Declaration of PROBABLE CAUSE" for - No Bail - PC §1381 - FUGITIVE WARRANT [$60,000 HOLD 15th AUG] & ASSOCIATED WIRE-EMAIL-FAX & PHONE FRAUD by "People Calif" UPON Booking <fee $30> # 1551691 Colorado, Denver P.D., 1st Aug

Filed Cal 4th/DhonPage 5/38 @ AOL

Petition Writ of HABEAS CORPUS

Douglas "Scoot" Raymond NELSON

GROUND #2; continued

6.1.a) PERJURY of Detective, #222 ALDRED, 17th MAY UPON Signature of [Violation Oath of Office, P.O.S.T. CALIFORNIA Peace Officer #233,] THAT Count #2 CVC §10851 OCCURED. Whereas, EVEN IF FRAUD WAS (For Sake of Argument) USED TO OBTAIN CONSENT OF OWNER IT IS FUNDAMENTAL COMMON LAW THROUGHT InterSTATES, A CRIME is Not COMMITTED "But Only a Civil Action" 228 CA 2d 719 & 4 CA 3d 534 As Car Store Owner ALAVEREZ, gave Consent ~23 or 22nd April @ Walnut Creek, Ca to Petitioner(s)

i. UPON SIGNATURE of Vehicle-Vessel (DMV 262) TRANSFER - REASSIGNMENT FORM, ID #24173 <OPEN DISCOVERY of ROSS-HARTMAN D.A.'s 14th Aug 07>

ii. UPON LO-JACK, Addendum to Contract of Sale & INSTALLATION in or ON LAND ROVER, DISCOVERY to Prevent Thieft BY Car Store employee(s) WWW.CARSTOREUS.Com / RALVEREZ.Aol.com

iii. UPON, Ranulfo <aka FITO> ALVEREZ, owner alegeded "the CAR STORE" & Police Report Statement @ SAN LEANDRO PD, 17th MAY [After Western Union @ Safeway Payment was Made for MAY) ~15th MAY @ Wyoming's, RAWLINS City Market, Western Union] ie No Intent to defraud.

6.1.b) "That he Picked (Myself) Petitioner Up @ Home "Walnut Creek & DROVE ME to THE CAR STORE, & GAVE (23rd April) DELIVERY of LAND ROVER, which broke DOWN within 5 minutes (Defective Steering Wheel Lock $2000 repair) At LONG'S DRUGS, Report 07-19455, Officer #195 Det ALDRED #222 P9 3/3 Invest-Follow Up. FALSIFICATION (Reported to Risk Management City of San Leandro)

iv. DA ROSS, was NOTICED, 14th Aug THAT Western UNION, INTER STATE, FUNDS, were CONVERTED, BY ALVEREZ or PRYOR et al & PC §182, FALSE CRIME REPORT.

RAM

Wild Cat Jackson @ Aol Page 6/36

PETITION Writ of HABEAS CORPUS

CONTINUES NELSON ADM V^S PEOPLE CALIF / COLORADO

GROUND #3 FALSE CRIME REPORT, BAD "FRAUDULENT" CHECK

6.2.a) THE CHECK WAS "PROMISSARY NOTE" NOT DEMAND DEPOSIT. COMPLAINTANT WAS NOT PRESENT (MS PRYOR) DURING "Deal MAKING / CLOSING BY the CAR STORE OWNER (FITO) ALVEREZ." IT WAS UNDERSTOOD THAT FUNDS WERE ON "HOLD" BY WALNUT CREEK WELLS FARGO, ~$20,000.00, ACCOUNT 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 BANK STATEMENT WAS BASIS of "SIGNATURE LOAN, no TRADE-IN or UPFRONT CASH, ALTHOUGH OFFERED "Evidence Witheld by San Leandro, Detective #222 ALDRED, WALT, FROM DISCOVERY or DA's ROSS AND HARTMAN, BANK STATEMENT 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 Savings #.... 352.

6.2.b) PURSUANT to E-mail Notice, BANK MANAGER WAS UNLAWFULLY EXTENDING "HOLD" ADDITIONAL 10 days, 25th APRIL 9:53/AM.

PURSUANT to CALJAC §1970, Defense is That Funds WERE ON DEPOSIT 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 $15,000 to $20,000 & NOT INSUFFICIENT, BUT TO COVER - FULL PAYMENT. & REASONABLE EXPECTATION of PAYMENT & ACTUALLY believed THE BANK WOULD PAY, i.e. No INTENT to DEFRAUD.

WHEREIN, the CAR STORE ALVEREZ, WAS TOLD and "NOTICED" in email <Provided in DISCOVERY> THAT PAYMENT WAS ON HOLD THEN PETITIONER WAS NOT GUILTY of CRIMINAL ACT PC § 476 CALJAC §1970

INFORMED PAYEE ABOUT HOLD
People V^S POYET (72) 6 Cal 3d 530
People V^S Pugh (02) 104 Cal App 4th 66

ADDITIONALLY, the CAR STORE WAS NOTICED to Pick-Up THE Vehicle @ SALT LAKE CITY & or PROVIDE PARTS WHICH ALVEREZ / PRICE REFUSED

SUA SPONTE, duty of COURT, TO NOTICE defense

Wild Cat Andson @ Ash Page 6/36
PETITION WRIT of HABEAS CORPUS

Douglas "Snake" Raymond NELSON

Ground #4, Denial of Pro-Per Access to Law Library 6.3.a) & Constitutional Rights, Upon Court Order Granting Faretta Motion, & Notice Verbal 13th Aug / 14th Aug & Written 20th Aug to Inmate Service's Deputy Boyd, ~16th Aug Deputy Boyd Verified Pro-Per Status Charles C. Plummer, Peace Officer But; Sheriff Alameda County Wasted the Asset of Brick & Mortar, Browsing Law Library 7 May 2004.

6.3.b) In Violation of "Adequate Law Library", Constitutional Rights, of Bounds Vs Smith 430 us 817. Writs of Habeas Corpus are Denied By Contractor "Legal Research Associates" PC § 182 / US 42 § 1983 Further Continuous / Cumulative PREJUDICE

Ground #5, Denial of Truth in Evidence on Cases at Bar Wherein, OPD was Vehicle #5, & causator of HERIFICE w Hwy 580 crash. After, Bump-Spin-Out Without Authorization CVC § 21651 driving WRONG WAY & GBI, CVC § 10851... He FLED the Scene of 5 car Pile-Up west on Hwy 580 exited & Re-Entered EAST BOUND to SUPRISE see CARNAGE & People TRAPPED in Burning Vehicles, 22nd Jan 06 NCIC 9370, 1:50 am CHP Lewandusk (P3/4 & 22 Lines 25-32 OPD MALONK #B553P / case #[illegible]259 353 east of 38th Ave Over Crossing

Avered & Verified 11th Sept 2007 ® Douglas Suede Raymond Nelson

Douglas "Suede" Raymond NELSON

MC-275

(303) 257-6446 RAYMOND "Swede" NIELSON Prose (925) 885-4332

For Private Attorney General

**This petition concerns:**

[X] A conviction TRUTH in Evidence

[ ] Parole

[X] A sentence Grievance # 1406 Motion to Dismiss

[ ] Credits

[X] Jail or prison conditions FOOD per Title 24

[X] Prison discipline Conflict "Siezure" & Defense Fund & Witness Tampering

[X] Other *(specify)*: Denial of Prep Time & Sanctions for Surprise By DA Ross

1. Your name: Douglas (@ Calif) Raymond (@ Colorado) "Swede" NELSON

2. Where are you incarcerated? Guantanamo Bay - Cuba North West (Dublin, Ca 94568) State of No WRITS

3. Why are you in custody? [X] Criminal Conviction [ ] Civil Commitment

*Answer subdivisions a. through i. to the best of your ability.*

a. State reason for civil commitment or, if criminal conviction, state nature of offense and enhancements (for example, "robbery with use of a deadly weapon"). Fraudulent - Predatory LENDERS (NB) By City of San Leandro Santos Ltd Writ of Restitution (Quoff-Ross DQB383) served @ COORs Field Denver Colorado By Alameda Sheriff AHERN-ME-McTUCKER # , 9th Aug Rockies Base Ball Game

b. Penal or other code sections: UCC 1 & 2

c. Name and location of sentencing or committing court: Arnold Schwarzenegger - Geo Bush Funded State of Calif Supreme Court Ronald GEORGE, chief Justice (Chair State Bar Sanders - Gaffey

d. Case number: DQB383 / aka ARX006 / aka H43366 :

e. Date convicted or committed: 1st Aug - NO BAIL ; PLEA 24th Sept 07 ; Sanders State Bar #

f. Date sentenced: 25th Oct 07 ; Gaffey, State Bar #

g. Length of sentence: 9 months = 6 months = Sheriff Parole @ 91 days (Now defaulted)

h. When do you expect to be released? No Justice = No Peace ;

i. Were you represented by counsel in the trial court? [X] Yes. [ ] No. If yes, state the attorney's name and address: Pro Se (But Pillared, 12-16 hours, in Wheel Chair, without TOILET, Foods, Medical) & Denied Bail, in Muni Court Civil Division

4. What was the LAST plea you entered? *(check one)* IN SHAM, sentencing:

[ ] Not guilty [ ] Guilty [X] Nolo Contendere [ ] Other: To NSF check → Cal Civ 51970 = No Crime

5. If you pleaded not guilty, what kind of trial did you have?

[ ] Jury [ ] Judge without a jury [ ] Submitted on transcript [ ] Awaiting trial [X] SHAM - Political Trial Norm Pennington (Transaction) Shake - Down

9/1/07 Avered Verified (x) DR. Swede Nelson Private Attorney General Wild Cat 4 nelson @ Hal Page 9 / UCB, Boalt Hall 36 Graduate Schools, Journalist

MC-275

12. Other than direct appeal, have you filed any other petitions, applications, or motions with respect to this conviction, commitment, or **issue** in any court? ☐ Yes. If yes, continue with number 13. ☐ No. If no, skip to number 15.

13. a. (1) Name of court: ______

(2) Nature of proceeding (for example, "habeas corpus petition"): ______

(3) Issues raised: (a) ______

(b) ______

(4) Result *(Attach order or explain why unavailable)*: ______

(5) Date of decision: ______

b. (1) Name of court: ______

(2) Nature of proceeding: ______

(3) Issues raised: (a) ______

(b) ______

(4) Result *(Attach order or explain why unavailable)*: ______

(5) Date of decision: ______

c. *For additional prior petitions, applications, or motions, provide the same information on a separate page.*

14. If any of the courts listed in number 13 held a hearing, state name of court, date of hearing, nature of hearing, and result: State of Nevada - Douglas County - Placer Co Calif San Francisco Marin Sonoma Yes in SECRET sessions, Lake-Co Co-Sac-Butte-Sutter-Yuba-Washoe-Del Norte of District Attorneys Inter-Cept (Patriot Act, Denial of Due Process Equal Access to Justice

15. Explain any delay in the discovery of the claimed grounds for relief and in raising the claims in this petition. (See *In re Swain* (1949) 34 Cal.2d 300, 304.)
PC §182 conspiracy of State Bar Ross Ohoff Jerry Brown Dan Lungren to Destroy-Withhold evidence to INSURE ADA NELSON, #Ras5121325 1983 Plumer, Muslane, Coone, Hall

16. Are you presently represented by counsel? ☐ Yes. ☐ No. If yes, state the attorney's name and address, if known:

17. Do you have any petition, appeal, or other matter pending in any court? ☐ Yes. ☐ No. If yes, explain:
Thur 29th Retaliation / Return Butted of ADA 42US§12132

18. If this petition might lawfully have been made to a lower court, state the circumstances justifying an application to this court:
Returned By USDC Court / UNABLE to LOCATE Fine $125,000.00

I, the undersigned, say: I am the petitioner in this action. I declare under penalty of perjury under the laws of the State of California that the foregoing allegations and statements are true and correct, except as to matters that are stated on my information and belief, and as to those matters, I believe them to be true.

Date: 5th day November 2007

JR. Swede Nelson
Privatized Attorney General (GeoBush-Blackwater) Aol
(SIGNATURE OF PETITIONER)

Wild Cat 4 nelson Aol "Swede" Raymond Johnson NELSON (909) 831-4332 Douglas (307) 8?-6746 www Wild Cat 4nelson Aol

Wild Cat 4nelson Page 10/36 @ Aol

Page 13

# Send money to an inmate's account fast!

**Money can be sent from nearly 45,000 Western Union® Agent locations nationwide**

**It's FAST, RELIABLE, and CONVENIENT**

**Here's how a CASH transfer works:**

1. Visit any Western Union Agent location and fill out the Blue Quick Collect Send Form. Make sure to include the following information:
   - **Pay to:** Alameda County Sheriffs Dept
   - **Code City / State:** ALAMEDASHERIFF / CA
   - **Account Number:** Inmate ID number, last name, first name

   ARY066, NELSON, DOUGLAS

   Above information must be complete and correct on the Blue Quick Collect Send form. Please direct any questions to the respective inmate for clarification.
2. Give cash and the service fee to the clerk and they will process your money transfer.
3. Once money is sent, you receive a receipt and the correction facility is then sent notification.
4. Then, the transfer amount is credited to the inmate's account by the correction facility per their procedure.

**You may also use your CREDIT/DEBIT CARD to send a money transfer to an inmate's account.**

BY PHONE 1-800-634-3422

ONLINE www.westernunion.com

All three Payment Options subject to the service terms and conditions including different fees, send amounts, and other restrictions in certain states.

WESTERN UNION

© 2003 Western Union Holdings, Inc. All Rights Reserved.

Support Your Local SHERIFF

HIBITS

Wild Cat 4 nelson @ Aol

Exhibits 1/36

Page 17

# INMATE GRIEVANCE RESPONSE

GRIEVANCE TRACKING NUMBER: 07G–S1406

INMATE: Nelson, Douglas PFN: ARX006 HOUSING UNIT LOCATION: 1F07

GRIEVANCE IS AFFIRMED: ____ DENIED: ____ WITHDRAWN: ____ RESOLVED: XX REFERRED: ____

**If grievance is denied, give reason for denial. If affirmed, state what corrective action will be taken (if applicable):**

These findings are based on a review of your grievance dated **September 22, 2007,** and information collected from Santa Rita Jail Staff. In your grievance, you made the following claim(s):

In your grievance, you claim your mail was returned to sender for having a plastic card inside the letter.

**Response:**

The Grievance Unit contacted the mailroom and found that your mail was returned to the sender because it contained a hard plastic insurance card. U. S. mail is picked up and dropped off at the Dublin Post Office every morning, excluding weekends and holidays. Bulk packages are also dropped off daily by U.P.S., FedEx, and DHL. If incoming mail is received without your PFN, it will be returned to the sender, unopened. If your mail contains unauthorized items, such as obscene material or stationery items, the mail / package with its entire contents will be returned to the sender and you will receive a Return Receipt Notice. As long as your mail meets Sheriff's Office guidelines, your mail will be delivered to you within 24 hours of Santa Rita receiving it.

The Grievance Unit suggests that if you need of proof of insurance for your court proceeding, request a letter of proof from your insurer.

Your grievance is **DENIED.**

Investigating Supervisor: Ben E. Shauh, Sergeant Date: 10/2/07

Inmate's Signature: Date: 14 Oct 07

Do you wish to appeal this ruling? Yes X No Refused to Answer ____ Date:

Appeal Officer: P. J. Kennedy 302 LT Recommendation: CONCUR Date: 10/17/07

Reason for affirmation or denial: (If different from above)

Commanding Officer: Lt. #826 Recommendation: Concur Date: 10/23/07

ML52 (Rev.01/01/05) BES/jrj

ENTERED OCT 24 2007

US Gov G BUSH, Funded

NO COUNTY PAROLE PER JUDGE DO NOT RE-APPLY

# APPLICATION FOR COUNTY PAROLE ELIGIBILITY CRITERIA

ADA DISCRIMINATION NOTICE 42 USC § 1983 & § 12132

At the time you apply for County Parole, you must have completed one-half of your sentence. You will NOT be eligible for County Parole if you are in custody for, or have a recent history of violent crimes, crimes involving firearms, aggressive sex crimes, sales of drugs, or a violation of probation unless you have served at least 90 days. You may also be denied County Parole for violation of jail rules, or for information that leads the County Parole Board to believe that you would not succeed while on County Parole.

NAME Douglas "Swede" Raymond NELSON PFN ARX-006 HOUSING One-F-7

When released from custody:

Address To Be Determined By your ReQuirements, Appt Rental Apple Apts etc. Bolinger Canyon Rd, or Marin Blvd, San Leandro, or Fremont

City Probably Hesperian Rd Oak Area Telephone (303) 619-3183

Occupation Certified Welder / Lic Electrician & Refrig Tech. Hours 40 years

Employer Wildcatters Weld - Elect & Refrig "Service to Refineries / Shipyards Fixed / Mobile Boilers (707) 251-6146

Employment Address (925) 935-4332 NUMMI Indust Park @ Fremont / Mission / 880 ADM. ADDRESS PO Box 4976 <2030 [illegible] Dr> Walnut Creek

Do you have a drug or alcohol problem? No

Have you ever been to State Prison? (H20549) Yes When 1998

If on probation, who is your Probation Officer? Non-Reporting

Have you received any "write-ups" or lost time during your current incarceration? No Explain House in HOLE, because of Prostetic leg.

Which work and or programs are you enrolled in at Santa Rita? Pro-Per & Have Applied to Inmate Services Boyd without Responce

The previously stated information is true to the best of my knowledge. I understand that giving false information on this application shall be cause for denial of County Parole. I further understand that qualifying for release on County Parole does not guarantee my participation in this program.

Douglas "Swede" Raymond Nelson ARX-006 1st October 2007

Inmate Signature PFN Date

Wild Cat 4 nelson @ AOL 3/36

DO NOT RE-APPLY

Douglas "Swede" Raymond NELSON (307) 251-6146 (707) 552-5991 Privatized "Blackflag" Attorney General

Wildcat 4 nelson @ AOL

Page 16

Wells Fargo Store Vision Platform Page 1 of 2

Search | Sales | Banker Toolbox | Administration | Main | Sign Off | Customer List (0) | Clear List

# Account

Bank California (00114)

Detail | Address | History | Stop Payments | Overdraft/NSF Fees | Check Orders

WALNUT CREEK, CA 94596 & CHICO

Select action ...

## Checking/Savings Account History

| | | |
|---|---|---|
| Tax Responsible Customer | DOUGLAS R NELSON | Sole Owner |
| Additional Customers | None | |
| Account SSN | 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 | |
| Ledger Balance | $15,562.14 | |
| Available Balance | $1,259.57 | |

| Date | Description | Image Available | Check Number | Amount | Balance |
|---|---|---|---|---|---|
| 04/18/07 | Checkcard Activity | No | (pending) | 4.83 | |
| 04/18/07 | Checkcard Activity | No | (pending) | 8.85 | |
| 04/18/07 | Atm/pos Activity | No | (pending) | 22.30 | |
| 04/18/07 | Checkcard Activity | No | (pending) | 16.59 | |
| 04/18/07 | Atm/pos Activity | No | (pending) | + 16.59 | |
| 04/18/07 | Atm/pos Activity | No | (pending) | 16.59 | |
| 04/17/07 | Pos Purchase - Arco Paypoint Arco Pa | No | | 29.38 | 15562.14 |
| 04/17/07 | Pos Purchase - Arco Paypoint Arco Pa | No | | 35.41 | 15591.52 |
| 04/17/07 | Pos Purchase - Arco Paypoint Arco Pa | No | | 38.29 | 15626.93 |
| 04/17/07 | Pos Purchase - Tractor Supply Tractor | No | | 71.86 | 15665.22 |
| 04/17/07 | Pos Purchase - Cns Toys R Us Cns Toy | No | | 117.93 | 15737.08 |
| 04/17/07 | Pos Purchase - Cns Toys R Us Cns Toy | No | | 139.41 | 15855.01 |
| 04/17/07 | Pos Purchase - Tractor Supply Tractor | No | | 141.82 | 15994.42 |
| 04/17/07 | Pos Purchase - Sy8 Pacsun Sy8 Pac | No | | 194.66 | 16136.24 |
| 04/17/07 | Non-wells Fargo Atm Transaction Fee | No | | 2.00 | 16330.90 |
| 04/17/07 | Atm Withdrawal - 15430 Hwy 99 N.center | No | | 204.95 | 16332.90 |
| 04/17/07 | Withdrawal Made In A Branch/store | Yes | 9629 | 2500.00 | 16537.85 |
| 04/17/07 | Non-wf Atm Bal Inquiry Fee - 04/17 Mach | No | | 1.50 | 19037.85 |
| 04/16/07 | Pos Purchase - Taco Bell #0025taco Be | No | | 4.67 | 19039.35 |
| 04/16/07 | Pos Purchase - 7-eleven 7-eleve | No | | 5.95 | 19044.02 |
| 04/16/07 | Pos Purchase - Kfc #l025025 Kfc #l0 | No | | 6.57 | 19049.97 |
| 04/16/07 | Pos Purchase - Davis Ace Lbr &davis A | No | | 31.18 | 19056.54 |
| 04/16/07 | Pos Purchase - Davis Ace Lbr &davis A | No | | 33.37 | 19087.72 |
| 04/16/07 | Pos Purchase - 7-eleven 7-eleve | No | | 40.00 | 19121.09 |

https://az-site1.salesandservice.wellsfargo.com/svp/accountHistoryDisplay.do 4/18/2007

Disabled-Wheelchair Diabetic
GeoBUSH, funded ADA, Act Compliant Retaliation Discrim

**ALAMEDA COUNTY SHERIFF'S OFFICE**
**SANTA RITA JAIL**
**INMATE GRIEVANCE FORM**

25th Oct 07 (2F8) Gassey et al State Bar# — Arnold Schwarzenegger, Gov State of Cal Super Court

NAME: NELSON, RAYMOND "Swede" Dolenas PFN: ARY 466 (DQB 383 Colorado)

HOUSING UNIT: New House "Upon Sheriff AHERN ADA Notice" 2F8 DATE: Wed 24th Oct

NATURE OF GRIEVANCE: (Give specific details) HOT WATER / LIGHT / PAROLE = BASIC Necessitates

(1) Thank You, Sheriff AHERN, upon Service of Your Lack of Qualified Immunity (See 42USC 1983 Files), ADA denied service B... Granting "Shower Access" - "Toilet Access" - & ELECTRICITY of the PG&E Utilities, and STAFFING, and Safe-Sane Fed Feeding.

(2) However the Handi Capped #8 Cell is without "Natural Eastward Morning Sun & 1-F-7 (41-A Pods), equipped with Perverted NORTHERN Light(s), Baffles & To insure - Cause Emotional Distress

(a) The Room Florescent (is Equiped with Handi-Capped Switchability.

(b) However Because of Lack of Maintenance & Cost effective use of the Electricity of PG&E, the BULB(s) are Non-Operative with the Exception of ~25 watt Night Lamp.

(3) ALSO the Hot Water, for utilization of the COMMISSARY ITEM(S), soup, Coffee, Oat Meal, Rice-Beans is Functional, not like 1-F-7 to 1-F-8 NELSON DQB-383 & GORDON & (SMITH BFK632) ARE 765

(4) Please Reimburse us BQB-383, BFK-632 & ARE 765 for All the "WASTED" commissary & or Replace for us, ADA disabled, moneys Defrauded our Families in the SUPERIOR Court Case H 43366 Judge Gassey et al., and Judge BEHAM Case 518-570

*** DO NOT WRITE ON THE BACK OF THIS FORM. USE ANOTHER FORM, WRITE PAGE 2

INMATE SIGNATURE: [signature] "Swede" Raymond Nelson Pro-Se Private Attorney General

9th Cir Ct. 6-23

*** **DO NOT WRITE BELOW THIS LINE - ADMIN USE ONLY** ***

Pursuant to Sheriff AHERN, Policy - Received PC 36535, ALL LAWS - Ress effect

RECEIVED BY DEPUTY: Gafford @ Pillard BADGE #: ~8 PM DATE: Wed (green) 24th

[ ] RESOLVED – INMATE ACCEPTANCE: ______
EXPLAIN RESOLUTION ON REVERSE SIDE.

[ ] CAN NOT BE RESOLVED AT THIS LEVEL DRAW TRACKING NUMBER FROM CP-01

Wild Cat Ynelson @ Hd

TRACKING NUMBER: ______

FORWARDED TO SGT. ______

Page 18

COPIES: White - Staff use
Yellow - Inmate Receipt Copy

5/36

ML – 51 (rev 8/06)

Douglas "Sieda" Vernon NELSON
Privatized Attorney General
the BLACK H2O, LTD
P O Bx 782
Rock Springs Wy 82089

Geo BUSH, Cheneye
US SUPREME COURT
Chief Justice Roberts
9th Cir of Appeals
State of Schwarzenegger
with Cathy Catterson
San FRANCISCO
The San Francisco Street
mentor - Rice-A-Ronie
94102

PILOT-FIREFIGHTER-BLM
RAYMOND NIELSON
Car-Jacked Seeland Road
& Ransom $60,000.00
@ Denver-Hwy 25-Coors
Rockies, Colorado
1st aug 07

Kidnapped W/no Governors WARRANT
via - United Air
by Mr-Ms TUCKER
@ Guns-Point w/
Doe SKYmarshall
10th (Thunderstorm-delay)
Aug to Port of OAKLAND. (TM)

To Wit: I have been Served This "FOOD stuff" without Variation / Per Jail / Syss / (sack et seq.) adulterated "Food Stuff" w/ Rotten Bananas - Oranges PEARS for ± 3 months (1000s Counts). Not (1) was EATTABLE. in Soups - Sandwiches - W/o Mustard - Mayo, HOWEVER, many were "OVARIZed" / "Ozzoins" Greasey - Some CYLINDRICAL, PUSSY DISCHARGE. Weighed as Eatable Sealed Lunch & a Brown Bag enclosed.

Offer & COMPROMIZE Settlement $10,000.00 Vailed Fill "Thank Giving" WINDCAT & Nelson Abroad - Verified RO Contential Can Cisi - Guaranty San Francisco STEAK house - Houston Proof Postal Colorado start of Southeast Dallas ...

Writ of Replevin / HABEAS CORPUS
ADA 42 USC 12132 - 81983
$125,000.00 Summary JUDGEMENT

See ALTERED Food Stuff
No - USDA insp

DECLARATION
Peers / Stockton Oakland
OYEZ - OYEZ - OYEZ
Pay the Man - Ca Chin

6/36

700 Maryville Centre Drive
St. Louis, MO 63141-5818
314-515-2000
www.edwardjones.com

Edward Jones

16 October 2007

Douglass "Swede" Raymond Nelson
5325 Broder Blvd (ARX-006)
Dublin CA 94568

Mr. Nelson:

We are in receipt of your correspondence dated September 11, 2007 requesting information on a deposit made into an account in your name. Please contact the office of your Financial Advisor Jim Glover in Casper, Wyoming. They can be reached at 307-265-2624 or toll free at 1-877-265-2656. They will be able to assist you regarding your account.

If we can provide additional assistance our department can be reached at 1-800-441-2357.

Sincerely,

Client Relations
Edward Jones