Doc/ [illegible]

ENDORSED FILED ALAMEDA COUNTY AUG 2 0 2007 CLERK OF THE SUPERIOR COURT By [illegible]

SUPERIOR COURT of CALIFORNIA in & for COUNTY of ALAMEDIA HAYWARD HALL of JUSTICE

People of California

VS

DOUGLAS "SWEDE" RAYMOND NELSON aka ATTE (APPEX "TROUBLE SHOOTERS" ETD' & TESTING ENGINEERS) dba "WCD" (WILD CAT Welding - Electric Drill) E Refrigeration ATTe 4NELSON@Yahoo.com WILDCAT 4 NELSON @ AOL.com aka NELSON FAMILY TRUST

CASE DQB 383

DECLARATION

State of California in & for TOWNSHIP of DUBLIN (CAMP PARKS) COUNTY of ALAMEDIA

In Support of MOTION to DISMISS Writ

To: The HONORABLE PRESIDING JUDGE Gaffey Sanders of HAYWARD JUDICIAL DISTRICT, HALL of JUSTICE in & for COUNTY of ALAMEDIA.

I (WE) HAD "Set for Cortin" PRELIMARY HEARING FRIDAY 17th AUG @ 8:30 am, IN THE PRESENCE of DISTRICT ATTORNEY MR ROSS, WHOM PROVIDED THE FORGOING "DISCOVERY".

I (WE) HAVE BEEN IN CUSTODY, CONTINUALLY SINCE 17 Aug 07, (WE) WERE IN A "HOLDING cell - Denied Medical" FOR 15 hours AWAITING 8:30 AM Hearing; NOT CALLED UNTIL 4:30 am pm BY Honorable JUDGE Gaffey-Sanders-[illegible], of DEPT 501; Whom "off the Record" Left the Bench, for District Attorney (Ms [illegible]) to MAKE "Settlement Offer," WHOM CONTINUED THE CASE, "TO OUR OBJECTION", MONDAY 20th AUG

® ©

Wild Cat 4 nelson@Aol 8/36

Writ of Habeas Corpus / Replevin / Mandate

Rose Eddist 9/9 21.

H/U 1F

Alameda County Sheriff's Office - Santa Rita Jail

# INMATE MAIL "RETURN TO SENDER" NOTICE

Inmate's Name NELSON, DOUGLAS PFN# AFX006 Date 09/21/07

Mail returned to AAA AUTO INSURANCE for one of the following reasons:

**CONTRABAND: IS ANY ITEM OR ARTICLE NOT ISSUED BY THE FACILITY, PURCHASED AT COMMISSARY, PURCHASED THROUGH APPROVED CHANNELS OR APPROVED BY THE DIVISION COMMANDER OR HIS/HER DESIGNEE.**

- ___ Blank writing paper/stationery, envelopes, stamps, cards - pens, pencils, marking pens, crayons.
- ___ Inmate to inmate correspondence
- ___ Item over the maximum jail size (8½" x 14")
- ___ Item is too difficult to inspect without tearing/damaging
- ___ Material referring to drugs/manufacturing of weapons/violence
- ___ Money orders are acceptable made out to *Alameda County Sheriff's Office* **only**, C/O inmate's name and PFN#. **No cash, personal, payroll, tax refund or social security checks.**
- ___ Obscene/sexually explicit material
- ___ Plastic or laminated items, stickers, string, tape, paste, or glued surfaces (home made cards)
- ___ Polaroid pictures
- ___ Questionable substances or stains
- ___ Reading material **(not to exceed six items), must be mailed by an "on-line" bookstore or directly from the publisher** (Books, magazines, comics, word puzzles, newspapers, religious pamphlets). **No hard cover books.**
- ___ Wire bound items, coins, metal, jewelry, and musical cards.
- X OTHER ~~CREDIT~~ PLASTIC AUTO INSURANCE CARD

#429005 797 448 2314

5/6/45

DISTRIBUTION: White: File Canary: Sender Pink: Inmate

MR-04 (12/06)

Wild Cat 4 Nelson @ Alex

10/36

Page 23

S01F07

10/19/2007
5:28:47 AM

CANTEEN CORPORATION
SANTA RITA JAIL (MONDAY)
Pick List

Name: DOUGLAS NELSON
Inv. Date: 10/19/2007 Invoice: 4918590
Id: ARX006 Module: S01F07 Confirm #: 420e4b6b
Trans Id: VPFE1D290CB8
From: MIKE GUZMAN

| Qty | Item | Code # | Price | Amount |
| --- | --- | --- | --- | --- |
| 1 | ORDER ASSEMBLY FEE | 0000 | $1.25 | $1.25 |
| 1 | COMFORT PACK | 9101 | $16.75 | $16.75 |
| 2 | MEGA PACK | 9103 | $21.00 | $42.00 |
| 2 | MEAT & CHEESE PACK | 9104 | $13.00 | $26.00 |
| | 6 | | | |

6

| | | | |
| --- | --- | --- | --- |
| Previous Balance: | $86.00 | Base Sale: | $86.00 |
| New Balance: | $0.00 | Debitek: | $0.00 |
| | | Tax: | $0.00 |
| | | Total: | $86.00 |

Signature:

WHEN ORDERING THE BLUE RAZOR THE NEW CODE FOR THIS ITEM IS 8366. PLEASE USE THIS NUBMER.

VISA
$440
$460

Page 1

9/36

Swede — Here is the preliminary quote on a renters policy. Call me when you are able to come in & we'll set an appointment. Regards, Sharon

07 5581/5582

YOUR AAA REPRESENTATIVE
**Sharon Merrill**
925-287-7625
sharon_merrill@csaa.com
Office 68 / Walnut Creek
Hours: M-F 8:30am-5:30pm

Douglas Nelson
5325 Broder Blvd
Suite Arx 006
Dublin, CA 94568

**Customer: Douglas Nelson**
**Quote date: 9/19/2007**
**Proposed effective date: 9/19/2007**
**Quote reference number: 20737-88456-8961H**
**Dwelling ZIP code: 94568**

**Here's your homeowners insurance quote for $266 from AAA Insurance, an A.M. Best A+ rated carrier offering world-class service from quote to claim.**

**AAA insures more drivers in Northern California than any other carrier, with one in five choosing AAA as their preferred insurance provider. AAA also receives high marks in customer satisfaction, with a 90% renewal rate from both auto and homeowners policyholders. Add to that over 88 years of insurance experience, access to world-class Emergency Road Service, quality discounts, tailored policy options, and claims service 24/7 and your choice is clear. Select AAA Insurance and begin enjoying your exclusive benefits as a AAA Member.**

**Your quote reference number is 20737-88456-8961H. Please refer to this number when contacting us about this quote.To review or edit this quote online, visit: https://www.csaaquote.com/link?pl7LS2tZZmSitS5**

**Coverages**

| | | |
|---|---|---|
| **Coverage C: Personal Property** | **$20,000** | **$232** |
| **Coverage D: Loss of Use** | **$4,000** | **Included** |
| **Coverage E: Liability** | **$500,000** | **$20** |
| **Coverage F: Medical Payments** | **$1,000 / $25,000** | **Included** |
| **Deductible Options** | **$500** | **$-42** |
| **HO-29: Replacement Cost Coverage** | **Coverage C Limit** | **$40** |
| **HO-42: Office On Premises** | **--** | **$16** |
| **HO-90: Workers' Comp. & Employer's Liability** | **--** | **Included** |
| | **TOTAL FOR 1 YEAR** | **$266** |

This rate quote is not a contract of policy, nor does it signify qualification. It is a non-binding offer of insurance coverage based on the information you have supplied and is subject to change as more information is gathered by an insurance sales representative. Payment plans may be discussed with the sales representative. California License #0175868.

Existing Policy

Sharon Merrill

Mail Fraud
Covered By Claim 02-3?-5
© Dr. Swedes Johansen Nelson PhD

Page 24

Sheldle - Here is a preliminary auto quote - your driver's license expired on your birthday. You will need to get it re-issued / activated before we can do a policy. Sharon

C 07 5581/5582

YOUR AAA REPRESENTATIVE
**Sharon Merrill**
925-287-7625
FAX: 925 287-0659
sharon_merrill@csaa.com
Office 68 / Walnut Creek
Hours: M-F 8:30am-5:30pm

Lead Case Code SC06-1272

Douglas Nelson
5325 Broder Blvd
Suite Arx 006
Dublin, CA 94568

**Customer: Douglas Nelson**
**Quote date: 9/19/2007**
**Proposed effective date: 9/19/2007**
**Quote reference number: 20737-88456-8961A**
**Phone: 307-251-6146**

**Here's your auto insurance quote for $363 from CSAA Insurance, an A.M. Best A+ rated carrier offering world-class service from quote to claim.**

# 2053 10 day Subagent Lead Case Code SC#06-1272

**AAA insures more drivers in Northern California than any other carrier, with one in five choosing AAA as their preferred insurance provider. AAA also receives high marks in customer satisfaction, with a 90% renewal rate from both auto and homeowners policyholders. Add to that over 88 years of insurance experience, access to world-class Emergency Road Service, quality discounts, tailored policy options, and claims service 24/7 and your choice is clear. Select AAA Insurance and begin enjoying your exclusive benefits as a AAA Member. This quote includes the following discounts: multi-policy discount, good driver discount.**

$100 million Judgement

**Your quote reference number is 20737-88456-8961A. Please refer to this number when contacting us about this quote.To review, edit, or submit this quote online, visit: https://www.csaaquote.com/link?u78feMzSX8187LC**

| No matching vehicle: 1979 Chev Van | | Total: | $339 |
|---|---|---|---|
| Bodily Injury Liability | $25,000 / $50,000 | | $110 |
| Property Damage Liability | $50,000 | | $126 |
| Medical Payments | $10,000 | | $49 |
| Uninsured Motorist Bodily Injury | $25,000 / $50,000 | | $21 |
| Underinsured Motorist Bodily Injury | $25,000 / $50,000 | | $6 |
| Comprehensive | $100 deductible | | $27 |
| Collision | No coverage | | $0 |
| Travel trailer: 2007 Terr Trailer | | Total: | $20 |
| Comprehensive | $50 deductible | | $20 |
| Collision | No coverage | | $0 |
| Automobile Death Benefits | | | $4 |
| | TOTAL FOR 12 MONTHS: | | $363 |

Existing Policy

This rate quote is [redacted] a contract of policy, [redacted] does it signify qualification. It is a [redacted] binding offer of insurance coverage based on the information you have supplied and is subject to change as more information is gathered by an insurance sales representative. Payment plans may be discussed with the sales representative. California License #0175868.

Sharon Merrill

Mail Fraud covered By Claim 02-392-5

Wild Cat 4 nelson @ Hot 12/36 © Dr. Sheldon [illegible] PhD

Hop 25 R.O. JM

# DENVER SHERIFF DEPARTMENT
# INMATE GRIEVANCE FORM

No. 81244

NAME: NELSON RAYMOND "Swede" LOCATION: County Jail #4-6

DATE AND TIME OF INCIDENT: Wed 8th Aug 8am - 10 p.m.

STATEMENT DETAILING THE ACT OR CONDITION GIVING RISE TO THE GRIEVANCE:

1) I AM Pro Per, INTER-STATE HOLD, Calif, w/ $$$.00 Book
2) I AM Housed @ Denver County Jail, Medical Bldg 4-6
3) I AM DENIED, Commisary Purchase 8th Aug Because:
(Per: KiTe Response; Commisary shows Housing AT City Denver Jail;) I have LOST $1000.00 Day w $100K Book
4) I AM Refused LEGAL CALLS, ENVelopes, PHONE CARDS i.e. ANY METHOD of COMMUNICATIONS WITH Attorney EMPLOYEES, Customers, Because of Outdated (This$) DEX Phone Books (2003) & Withholding Cell Phone - in Property
5) I Am Lic Contractor Listed in All 7 Dex Denver Yellow Pages

SPECIFIC REMEDY SOUGHT: I (we) "WILDCAT DRILLERS" (Listed in Refrigeration, Welding, ELECTRICAL Catagory) & NELSON Nat. Person, Disabled / Senior Citizen (ADA et. al. (Communicate) "BE ALLOWED, SPECIAL COMMISSARY PURCHASE, as OTHERS FOR LEGAL DEFENSE AGAINST THIS FALSE ARREST-IMPRISONMENT, VIOLATION OF CIVIL RIGHTS §1983, STATE & US CONSTITUTION,

SUPERVISORS / OFFICERS ANSWER:

(IF MORE SPACE IS REQUIRED, ADDITIONAL PAPER MAY BE USED)

DATE SUBMITTED: 9th Aug 07 INMATE'S SIGNATURE: "Swede" Raymond Nelson

RECEIVED BY: [illegible] Smith L [illegible] (? 306013) DATE RECEIVED: 8/9/07

(NAME AND TITLE)

ASSIGNED TO: Wild Cat Nelson [illegible] DATE: [illegible]

CJ 95 (7/94) COPIES: WHITE ( JAIL RECORDS ) CANARY ( INMATE'S WITH ANSWER ) PINK (INMATE'S IMMEDIATE)

STATE OF CALIFORNIA
**NARRATIVE/SUPPLEMENTAL** PAGE 13 OF 22

| DATE OF INCIDENT | TIME | NCIC NUMBER | OFFICER I.D. | NUMBER |
|---|---|---|---|---|
| 01/22/2006 | 0130 | 9370 | 017489 | 010259 |

**OTHER FACRUAL INFORMATION:** Welcome Mayor Jerry BROWN OAK to CAL's TOP COP, Attorney General CAUSED the CRASHES TAM

Prior to this collision P-1 (Gordon) lead Witness/Officer M. Mellone on a pursuit. The pursuit had been cancelled. At the time of the collision P-1 was not being pursed by Officer Mellone or any other officer. Officer Mellone had cancelled this pursuit less then a minute prior to this collision and approximately a half of a mile west of the location of this collision.

Oakland Police Department personnel who were present at the traffic collision scene include but are not limited to;

Officer M. Mellone #8553P
Officer P. Huppert #8257T
Officer M. Nuff #8522P
Officer K. Reynolds #8436T
Officer E. Lara #8557P
Officer B. Donelan #8378T
Officer R. Sanchez #8533P
Officer G. Hara #8549P
Officer T. Dolon #8497P
Officer C. Garcia #8458T
Officer D. Royal #8085T
Sgt. Dunakin
Sgt. Shannon

JUDICIAL #43 366 NOTICE of SIMILAR Falsified Police REPORTS of CASE at BAR

an SAN LEANDRO PD, Predatory Lending(es) scheme Not to UPSTAGED by OPD

CHP Oakland
Officer Levandusky #17489
Officer Koven #17494
Officer Barday #17736
Officer Heitman #17654
Sgt. Whitten #12446

Oakland Fire Department
Engines 2556, 2557, and 2563
Truck 2576

AMR units 502, 506, and 305

**STATEMENTS:**

Party #1 (P-1, Gordon) related only that he had, "Too much" to drink tonight. P-1 would not talk of what happened in the traffic collision.

Douglas "Swede" Ray Johnson NELSON (39) 37-6146

Wildcat 4nelson@aol.com

Page 27 of 27 Avered / Verified (X) Douglas "Swede" Ray Johnson Nelson Private(ized) (Bush-Blackwater) Attorney General

| PREPARED BY | I.D. NUMBER | DATE | REVIEWER'S NAME | DATE |
|---|---|---|---|---|
| J. LEVANDUSKY | 017489 | 01/22/2006 | | 14/36 |

WILD CAT 4nelson@AOL



CV 07-5581/5582

Office of the Clerk
UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
95 Seventh Street
Post Office Box 193939
San Francisco, California 94119-3939

Cathy A. Catterson
Clerk of Court

(415) 556-9800

3 day Pay or Quit
$100 million US

# N-O-T-I-C-E

**Written Communications, Circuit Rule 25-2**

All communications to the court, including papers to be filed, shall comply with FRAP 32 and shall be addressed to the Clerk at the United States Court of Appeals, Post Office Box 193939, San Francisco, California 94119-3939.

Mail Fraud

Secret Service
POST Ronald REAGAN



Douglas Nelson
ARX006
9/25/2007

Mr. Nelson,

I received your debitek card and had the money placed on your account.

As for the pro-per phone, I told you to submit a request slip to the housing unit deputy allowing at least four hours to schedule time for your calls. Your housing unit deputies will allow pro-per calls as time and other activities in the housing unit permit.

The pod telephones are for collect calls only. Do not use the pod phone for pro-per calls.

**Only use the pro-per telephone for pro-per calls.**

I did not tell you that you would have access this A.M.

Deputy Johnson

Return to Inmate
Housing unit 1F07

"Confidential"

FW-001

Super Lien/ PC§182 No Pendence

Douglas "Swede" Raymond NELSON
Private Attorney General
5325 Broder Blvd (ste ARK-006)
Dublin, California 94568

Case # CV07 5581/ 5582

STATE of CALIFORNIA SUPERIOR Ct
in & For ALAMEDA COUNTY
5672 STONE RIDGE Dr.
Pleasanton, CA 94588

Lead Case CoCo 06-1272
Probate Colo C50)-0283

Nelson, d. SWEDE dba WILDCATTERS
-Vs-
LAND ROVER-ALVAREZ FRPR...

Application for Waiver of Court Fee's Costs

1) I PRAY for COURT ORDER so that I am EXEMPT FROM COURT/COST-FEE - BECAUSE of POVERTY.

a) I AM NOT ABLE to PAY ANY of COURT/FEES & COSTS.

2) Same Address

3) a) Disabled, False Arrest @ Denver on Vacation BECAUSE of FALSE CRIME REPORT "Writ of Replevin" - RESTITUTION DQB-383,

b) Spouse Deceased

4.) I got SSI,

5.) a) medical #? / ReTired Medicare #?
b) 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
CDLB452187 (Camp Parks (Township)) Wild Cat 4 Nelson @ Rex 17/36

Douglas "Swede" Raymond NELSON
Douglas "Swede" Raymond / Dul

Page 30
8th Oct 07

97-010

Douglas "Swede" Raymond NELSON
Private Attorney General
5325 BRODER BLVD (ste ARX-006)
DUBLIN, Calif 94568
(307) 251-6146 wildcat4nelson@AOL.com
(707) 552-5991

Super Lien

Court CV07-5581/5582
Judge
Dept

SUPERIOR COURT of CALIF
in for ALAMEDA Co
5672 Stone Ridge Dr
PLEASANTON, CA 94588

Lis Pendence
CoCoCo SC06-1272

dba WildCatters-Nelson aka = Y's Land Rover, USA ALVAREZ-PRIOR, Inc

Probate

CIVIL case Cover
☒ unlimited
$10 million

1) Contract
☒ other-(37) FRAUD

2) This is Complex
B. ☒ extensive Motions
E. ☒ COORDINATION with Colorado/ & US District @ Denver San Fran

3) Remedies
a) Monetary B.) TRO's c.) Punitive

4) 4 causes/ (24) Prod. Liab / (07) Bus Tort / Breach-Warranty (06) & RICO (27), Mandatate (02)

5) CLASS ACTION "Lemon Law"

6) Judicial Notice HAYWARD #// 43369

Page 31

Avered/Verified 8th Oct 07 ⊗ Douglas "Swede" Raymond Nelson dba Sole Proprietor, WildCatters-Drill & Mining
WildCat4nelson@AOL

18/36



United States of North America Supreme Court ... Nelson & Wells Sheriffs ... Private Attorney General, CV07-5382 / 5381

DENVER COUNTY JAIL

COMMISSARY MENU

| ITEM | DESCRIPTION | | PRICE |
|---|---|---|---|
| | **Drinks & Mixes** | | |
| 2015 | Keefe ColumbianCoffee 3oz | V | $3.50 |
| 2016 | NesCafe Coffee 4 oz | V | $3.65 |
| 2020 | Folgers Coffee 8 oz | V | $7.00 |
| 2021 | Keefe Creamer Pouch 8oz | V | $2.70 |
| 2022 | Fruit Punch N/S (10 Pack) | V | $1.50 |
| 2028 | Keefe Tea Bags 48ct. Box | V | $2.10 |
| 2041 | Fr. Vanilla Cappuccino 8oz | V | $2.45 |
| 2011 | Keefe Decaf Coffee 3oz | V | $3.40 |
| 2067 | Nestle' Hot Cocoa 1each | V | $0.25 |
| 2072 | Hot Cocoa N/S 8 ct Box | V | $2.00 |
| 2076 | Hot Cocoa Mix 10 oz. | V, H | $2.00 |
| 2083 | Sugar Twin Box 100 ct.Box | V,k | $2.20 |
| 2093 | Keefe Sugar Pouch 12 oz | V | $1.75 |
| 2202 | Black Cherry N/S (10 pack) | V | $1.50 |
| 2300 | Tang 6 oz | V | $1.55 |
| 2303 | Keefe Orange Drink 6 oz | V | $1.55 |
| 2310 | Lemonade-6oz. | V,k | $1.55 |
| 2330 | Koolaid Tropical Punch 6oz | V | $1.55 |
| 2334 | Koolaid Cherry 6oz | V | $1.55 |
| 2005 | Tasters Choice Coffee SS | V | $0.20 |
| 2025 | Nestea Tea Bag 1each | V | $0.25 |
| 2067 | Nestle' Hot Cocoa 1each | V | $0.25 |
| 2073 | Hot Cocoa N/S 1each | V | $0.30 |
| 2080 | Sugar Twin 1each | V,k | $0.04 |
| 2081 | Sugar pack 1 each | V | $0.04 |
| 2082 | Creamer pack 1 each | V | $0.04 |
| 2205 | Tea w/Lemon Single Serve | V | $0.25 |
| 2210 | Fruit Punch Single Serve | V | $0.25 |
| 2215 | Cherry Single Serve | V | $0.25 |
| 2220 | Lemonade Single Serve | V | $0.25 |
| | **Soups & Rice** | | |
| 6000 | Ramen Noodle- Chicken | | $0.60 |
| 6001 | Ramen Noodle- Shrimp | | $0.60 |
| 6002 | Ramen noodle- Beef | | $0.60 |
| 6003 | Ramen noodle- Cajun shrimp | | $0.60 |
| 6004 | Ramen Noodle- Texas Beef | | $0.60 |
| 6005 | Ramen Noodle- Chili Ramen | V | $0.60 |
| 6007 | Ramen Noodle- Cajun Chicken | | $0.60 |
| 6011 | Ramen Noodle- Vegetable | V | $0.60 |
| 6050 | Rice 7oz Pouch | V | $1.80 |
| 6600 | Tortillas 4-pack | V | $1.15 |
| 6700 | Refried Beans | V | $2.25 |
| 6710 | Chili Refried Beans and Rice | V | $2.25 |
| 6711 | Hot Chili Refr Beans & Rice | V | $2.25 |

| ITEM | DESCRIPTION | | PRICE |
|---|---|---|---|
| | **Meats & Seafood** | | |
| 6178 | Fresh catch mackerel | k,H | $1.50 |
| 6179 | Sardines in Oil | | $1.50 |
| 6191 | Salmon in Oil | | $1.50 |
| 6296 | Beef Jerky | | $1.65 |
| 6300 | Beef Stick | | $0.70 |
| 6318 | Hot Beef Sausage | | $1.75 |
| 6305 | Lil Dude Hot Sausage 1.58oz | | $0.85 |
| 6310 | Lil Dude Pepperoni 1.58oz | | $0.85 |
| 6313 | Beef Summer Sausage 5oz | | $1.75 |
| 6647 | Chicken Vienna Sausage | | $2.75 |
| 6757 | Spam Pouch | | $1.50 |
| 6826 | Fresh Catch Tuna | | $1.50 |
| | **Pastries** | | |
| 3205 | Chocolate Marshmellow Pie | V | $0.70 |
| 3218 | Fudge Brownie | V | $0.65 |
| 3226 | Chocolate Iced Doughnut | V | $1.00 |
| 3230 | Peanut Butter Bars | V | $2.25 |
| 3231 | Oatmeal Sandwich Cakes | V | $2.25 |
| 3236 | Swiss Rolls | V | $2.25 |
| 3245 | Dunkin Stix 6ct Box | V | $1.85 |
| 3248 | Large Iced Cinnamon Roll | V | $1.00 |
| 3261 | Mega honey Bun | V | $1.00 |
| 3270 | Chocolate Cup Cakes 2pack | V | $1.00 |
| | **Cookies & Crackers** | | |
| 3112 | Saltine Crackers 16 oz | V | $2.75 |
| 3114 | Snack Crackers 16 oz | V | $2.75 |
| 3115 | Cheese Crackers 10oz | V | $2.00 |
| 3118 | Nabisco Wheat Thins10 oz | V | $2.50 |
| 3124 | Ritz with Peanut Butter | V | $0.45 |
| 3130 | Ritz with Cheese | V | $0.45 |
| 6203 | Crunch N Munch | V | $2.50 |
| 3004 | Peanut Butter Cookies 6oz | V | $0.75 |
| 3006 | Vanilla Creams 14 oz. | V,k,H | $2.75 |
| 3007 | Duplex Creams 14oz. | V,k,H | $2.75 |
| 3010 | Chocolate Chip Cookie 2.5oz | | $0.55 |
| 3020 | Oreo Cookie 4pack | V | $0.50 |
| 3031 | OrangePineapple Cookie 6oz | | $0.90 |
| 3034 | Peanut Butter Cookie 2.75oz | V | $0.55 |
| 3050 | Choc. Chip Cookies 16oz. | V | $2.75 |
| 6401 | Granola Bar Assorted box | V,k | $3.00 |
| 6400 | Choc/Chip Granola Bar (one) | V | $0.60 |
| 6520 | Oatmeal Variety Pack 10 ct | V | $3.25 |
| | **Condiments & Spreads** | | |
| 3500 | Blossom Honey 12 oz. | V | $3.00 |
| 6410 | Grape Jelly 12 oz | V | $2.60 |
| 6411 | Strawberry Jelly 12 oz | V | $2.65 |
| 6415 | Peanut Butter SS 1.12oz | V | $0.25 |
| 6417 | Creamy Peanut Butter 18oz | V | $3.50 |
| 6418 | Chunky Peanut Butter 18oz | V | $3.50 |
| 6423 | Sharp Cheese Squez 16oz | V | $2.75 |

| ITEM | DESCRIPTION | | PRICE |
|---|---|---|---|
| | **Candy** | | |
| 4001 | M&M's-Peanut | V | $0.70 |
| 4004 | Baby Ruth | V, k | $0.70 |
| 4005 | Butterfinger | V, k | $0.70 |
| 4010 | Snickers Bar | | $0.70 |
| 4013 | Milky Way Bar | V, k | $0.70 |
| 4019 | Chick-O-Stick | | $0.25 |
| 4020 | Payday | V | $0.70 |
| 4035 | Reeses Peanut Butter Cups | V | $0.70 |
| 4037 | Hershey's Bar w/ Almonds | V,k | $0.70 |
| 4039 | Kit Kat Bar | V | $0.70 |
| 4043 | Snickers With Almond | V | $0.70 |
| 4100 | Butterscotch Buttons | V | $1.20 |
| 4115 | Red Licorice Bites | V | $0.65 |
| 4120 | Rootbeer Barrels | V | $1.20 |
| 4121 | Jelly Beans | V | $0.75 |
| 4130 | Sugar Free Mints-Roll | V | $0.80 |
| 4135 | Jolly Ranchers-Assorted | V | $0.65 |
| 4140 | Jolly Ranchers-Fire | V | $0.65 |
| 4146 | Atomic Fireballs | V | $0.65 |
| 4150 | Sour Fruit Balls | V | $0.65 |
| 4155 | Sugar Free Wild Fruit | V | $0.80 |
| 4315 | Tootsie Pops | V | $0.15 |
| | **Chips & Snacks** | | |
| 6081 | Ripple Potato Chip 6 oz | V,k,H | $1.75 |
| 6108 | ML Pretzels 11oz | V,k,H | $1.90 |
| 6110 | Frito-Lay Chili Cheese Frito | V | $1.35 |
| 6117 | CA Cheese Crunchys | V | $1.50 |
| 6150 | CA Nacho Doritos 10oz | V | $1.50 |
| 6123 | Frito-Lay Pork Rinds | | $1.35 |
| 6132 | Cheese Popcorn | V | $1.20 |
| 6134 | ML Caramel Corn 3.5oz | V,k,H | $0.85 |
| 6143 | Sour Cream & Onion6oz | V,k,H | $1.75 |
| 6165 | ML BBQ Chips 6oz | V,k,H | $1.75 |
| 6171 | CA Hot Corn Chips 12oz | V | $1.50 |
| 6210 | Planters Peanuts 1oz | V | $0.40 |
| 6211 | Deluxe Snackens 3.75oz | V | $1.25 |
| 6228 | Jerrys Colorado Mix | V | $1.65 |
| 6229 | Jerrys Favorite Mix | V | $1.65 |
| 6241 | Barcelona Mixed Nuts 10oz | V | $3.50 |
| 6256 | Jerrys Sunflower Kernals | V | $1.65 |
| 6296 | Jacks Beef Jerky 1oz | | $1.65 |
| 6297 | Jacks Peppered Beef Jerky | | $1.65 |
| 6348 | CA Hot Cheese Crunchys | V | $1.50 |
| | **Condiments & Spreads** | | |
| 6424 | Jalapeno Cheese Squez 16oz | | $2.75 |
| 6429 | Single Cheese Squez 2oz | | $0.35 |
| 6452 | Jalapeno Cheese Spread | V | $2.35 |
| 6411 | Strawberry Jelly | V | $2.60 |
| 6417 | Peanut Butter | V | $2.80 |
| 6510 | Hot Picante Sauce Squeeze | V | $2.30 |
| 6512 | LA Hot Sauce | V | $1.15 |

V= Vegetarian
K = Kosher
H = Halal

Sales tax of 7.2% will be added to all taxable items.
Your account will be charged when order is scanned.
Menu items, numbers, etc., can be changed without notice.

REVISED 9/25/06

Super Lien, Judgement, SC06-1272, 07-283

Law Offices
130 Narcissus Ct
Vallejo, Calif 94591

7710 West 8 Ave.
Arvada, Co 80005

West of Rockies

Wildcat 4nelson @ Aol

Page 32

19/36

October — Second APPLICATION NOVEMBER ISSUE
unanswered Notice of Non-Exempt Status / of Personal Suit
NUANCE WAD ABILITY

# APPLICATION FOR COUNTY PAROLE

## ELIGIBILITY CRITERIA

For Violation ADA – Accommodation(s) / Work Furlough / Parole Scalable Flexible

At the time you apply for County Parole, you must have completed one-half of your sentence. You will NOT be eligible for County Parole if you are in custody for, or have a recent history of violent crimes, crimes involving firearms, aggressive sex crimes, sales of drugs, or a violation of probation unless you have served at least 90 days. You may also be denied County Parole for violation of jail rules, or for information that leads the County Parole Board to believe that you would not succeed while on County Parole.

NAME NELSON, ADA de Swede wheelchair PFN AEX-006 HOUSING Hole 1F7 without Shower 30 day

When released from custody: WORK in-lieu FORMS

Address International Blvd & Megenburger Shelter Rent House Finder

City OAKLAND Telephone (707) 552-5991

Occupation Certified Welder 40 years Hours 4000±

Licensed Repair Tech - Electrician - Clean Air - EPA Tech

Employer ~~Apex Diesel Mechanical~~ - Pacific Steel 2nd St Berk.

Employment Address *Monterey Mechanical 2nd St Berkeley

~~*930 Colossus Ct, Vallejo 94591 (707) 552-5991~~

Do you have a drug or alcohol problem? No

*8653 Calaveras Rd, Sunol, & Martinez, CA (925) 868-1903

Have you ever been to State Prison: Yes When 1998

If on probation, who is your Probation Officer? cdc Meritus H20549 & mad-in

Have you received any "write-ups" or lost time during your current incarceration? No Explain

Bautwell & Beass of Hilley Warrior BBR-614

Which work and or programs are you enrolled in at Santa Rita?

Re: Boyd-Johnson "We have None"

The previously stated information is true to the best of my knowledge. I understand that giving false information on this application shall be cause for denial of County Parole. I further understand that qualifying for release on County Parole does not guarantee my participation in this program.

Audited Verified @ Camp Parks (Federal area) Friendship Santa Rita

Douglas "Swede" Raynard AEX-006 Oct/Nov

Inmate/Signature PFN Date

Wildcat the Bear @ Rec 20/36 de Swede Nelson

Page 33 TAM = Memo

18 USC 1365

ALAMEDA COUNTY SHERIFF'S OFFICE

SANTA RITA JAIL

INMATE GRIEVANCE FORM

NAME: Douglas "Sarede" Raymond NELSON PFN:

HOUSING UNIT: DATE:

NATURE OF GRIEVANCE: (Give specific details)

** DO NOT WRITE ON THE BACK OF THIS FORM. USE ANOTHER FORM. WRITE PAGE

INMATE SIGNATURE:

*** DO NOT WRITE BELOW THIS LINE - ADMIN USE ONLY ***

RECEIVED BY DEPUTY: /S/ Johnson Grievance BADGE: DATE:

[ ] RESOLVED – INMATE ACCEPTANCE: ______ EXPLAIN RESOLUTION ON REVERSE SIDE.

[ ] CAN NOT BE RESOLVED AT THIS LEVEL DRAW TRACKING NUMBER FROM CP- 01

FORWARDED TO SGT. ______ TRACKING NUMBER:

COPIES: White - Staff use

Yellow - Inmate Receipt Copy

ML – 51 (rev 8/06)

# ALAMEDA COUNTY SHERIFF'S OFFICE
## SANTA RITA JAIL
## INMATE GRIEVANCE FORM

Bush - US Gov Funded / State of California / Sheriff Ahern / Schwarzenegger Gov / AG Brown — Auto Crafts — CV07-5582 (5581) THO F7 — Denial of Basic Energy Power

NAME: Nelson, Douglas / Wheelchair ... / ADA inmate PFN: AEX-006

HOUSING UNIT: Hole w/o Hearing (uncaged/ing) DATE: Self-Fulfilling Prophecy 19th

NATURE OF GRIEVANCE: ( Give specific details ) Fundamental Denial of Discrimination ADA on the other hand 1st, 8th & 14th Amendments violations

Abysmal condition @ No Electricity, for lights, Phone, TV, Radio on or about Noon Thursday 18th October Which (a) Denied me Equal access to Phone (Court) (library)

"please call me as witness" → (b) Visa - Visa ... Wayne Gordon Hayes ...

(c) & Pod time for 20 hours

(d) 7:30 am for 19th (whacked) thereby missing Employees of 14Y Mining Railroad Enterprises of Colorado that are going green to meet greener energy requirements for outspoken

(e) ... of false arrest & ... irreverent ... carjacking of me by Denver Police.

(f) Address of US Dist Court

Violation Rockie Mountain "TCCRs" DIV. Denver

Notice of ADA conspiracy Service / Program of Colorado / Calif. Discrimination

*** DO NOT WRITE ON THE BACK OF THIS FORM. USE ANOTHER FORM, WRITE PAGE 2

Please pay $125.00 ... INMATE SIGNATURE: [signature]

*** DO NOT WRITE BELOW THIS LINE - ADMIN USE ONLY Private Attorney / Counsel

Sheriff Ahern - ... All State, Federal, Local ... are fully ineffective.

RECEIVED BY DEPUTY: D. Jones BADGE #: ______ DATE: 10/21/07

[ ] RESOLVED INMATE ACCEPTANCE: ____________
EXPLAIN RESOLUTION ON REVERSE SIDE.

[X] CAN NOT BE RESOLVED AT THIS LEVEL
DRAW TRACKING NUMBER FROM CP-01

FORWARDED TO SGT. Lewis 828 / Schell

TRACKING NUMBER: 076-51621

COPIES: White - Staff use
Yellow - Inmate Receipt Copy

Wildcat Nelson @ ... Dr. ... 22/36

ML – 51 (rev 8/06)

# Prison Health Services Medical Request Form

- *Inmate – do not write in shaded area.*
- *Place this form in the sick call box or give it to medical staff.*
- *If you do not complete all of the information, your appointment may be delayed.*
- *A copy will be given to you after the visit.*
- *You may be charged $3.00 for each health care visit.*

| DATE OF REQUEST | LAST NAME | FIRST NAME | MIDDLE NAME | PFN |
|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | NELSON | DQB 583 |

HOUSING LOCATION [illegible]

SRJ – UNIT# [illegible] POD [illegible] CELL [illegible] GDDF – FLOOR____ POD____ CELL____

**CO-PAYMENT INFORMATION – TO BE FILLED OUT BY DEPARTMENTAL STAFF**

1. ____ Patient not seen: ____ NIC ____ DUPLICATE ____ NO SHOW ____ REFUSED ____ OTA
2. ____ Visit was for diagnosis or treatment of communicable disease condition.
3. ____ Visit was for a follow-up requested by the clinician.
4. ____ Visit was NOT exempt from co-payment. Send ORIGINAL copy to Accounting.

| CLINICIAN'S SIGNATURE | CLINICIAN'S NAME (Print/Stamp) | DATE |
|---|---|---|
| | | |

Inmate's Signature | Patient Refused to Sign | Witness if Patient Refused to Sign

Date of Triage:____ Nurse Signature and Print/Stamp____

Disposition: ☐ Sick Call [illegible] ☐ Specialty Clinic [illegible] ☐ Other [illegible]

**RELEASE OF RESPONSIBILITY**

I am refusing sick call due to: [illegible]

Date: ____ Inmate's Signature: ____ Refused to Sign

| CLINICIAN'S SIGNATURE | CLINICIAN'S NAME (Print/Stamp) | Witness if Patient Refused to Sign |
|---|---|---|
| [illegible] | | |

**Tell us below why you want to see health care staff. In the area below, write down anything you want health care staff to know.**

Dr Diablo Prosthetics Don Ron Violation of Consumer Rights Which Responsible (*) Your Actions of Allowing Placement in Hole 24-7 Lock Down without "New Prosthetics Right leg", Without Insulin, Anti Bios, Safe Non Rotten Frozen Raw Fruits in Variety, Exercise 3 hrs Day, or Green Leafs or 6 Prunes (Under Color of Law - PMS) of Known Ethics - Statutes ... "Your Order", Causing PAIN Suffering - "to Wear Non-Fitting, Prosthetic while Bleeding Stump Not Hospitalized

Page 99

Signature of Inmate Patient [signature] Date of Signature [illegible] Continuing

ORIGINAL: Accounting PINK: Health Services File CANARY: Inmate/Patient Revised 7/06

Wild Cat 4 nelson @ ABK 24/36 @ Dr Sanders Rey [illegible]

# Prison Health Services Medical Request Form

- *Inmate – do not write in shaded area.*
- *Place this form in the sick call box or give it to medical staff.*
- *If you do not complete all of the information, your appointment may be delayed.*
- *A copy will be given to you after the visit.*
- *You may be charged $3.00 for each health care visit.*

CV07-5582/5581

DQB 383

| DATE OF REQUEST | LAST NAME | FIRST NAME | MIDDLE NAME | PFN |
|---|---|---|---|---|
| | NELSON, DR. | Swede | | ARX 006 |

HOUSING LOCATION

SRJ – UNIT# ____ POD ____ CELL ____ GDDF – FLOOR ____ POD ____ CELL ____

CO-PAYMENT INFORMATION – TO BE FILLED OUT BY DEPARTMENTAL STAFF

1. ____ Patient not seen: ____ NI ____ DUPLICATE ____ NO SHOW ____ REFUSED ____ OTA
2. ____ Visit was for diagnosis or treatment of communicable disease condition
3. ____ Visit was for a follow-up requested by the clinician
4. ____ Visit was NOT exempt from co-payment. Send ORIGINAL copy to Accounting

| CLINICIAN'S SIGNATURE | CLINICIAN'S NAME (Print/Stamp) | DATE |
|---|---|---|
| Inmate's Signature | Patient Refused to Sign | Witness If Patient Refused to Sign |

Date of Triage: ____________ Nurse Signature and Print/Stamp ____________

Disposition: ☐ Sick Call ____________ ☐ Specialty Clinic ____________ ☐ Other ____________

RELEASE OF RESPONSIBILITY

I am refusing sick call due to: ____________

Date: ______ Inmate's Signature: ____________ Refused to Sign

| CLINICIAN'S SIGNATURE | CLINICIAN'S NAME (Print/Stamp) | Witness If Patient Refused to Sign |
|---|---|---|

Tell us below why you want to see health care staff. In the area below, write down anything you want health care staff to know.

I was Fraudulently (GRAFT) Charged [illegible] without My Signature [illegible]

I, In Violation of Patient's Bill of Rights, was Never Provided PHS, ACE [illegible]

I Request Reversal of [illegible] Consent [illegible]

And Referral to Regular Medicine [illegible] Wound Dressings / [illegible]

@ Maplewall [illegible] Malpractice Deliberate, Willful, WANTON [illegible]

INFLICTION [illegible] CALLOUS – OPPORTUNISTIC HARSH – [illegible] Constitutional [illegible] Patient Bill of Rights [illegible]

[illegible] CRUEL & Unusual Punishment [illegible] SHOCKING – OUTRAGEOUS [illegible]

[illegible] Wound Dressings [illegible] 2007

Signature of Inmate Patient: Nelson, DR. Swede ____ Date of Signature ____

ORIGINAL: Accounting PINK: Health Services File CANARY: Inmate/Patient Revised 7/06

IN VIOLATION of CONTRACT [illegible] State of Cal [illegible]

WILDCAT4nelson@AOL 25/36

The Federally Funded $125,000 ?

**ALAMEDA COUNTY SHERIFF'S OFFICE**
**SANTA RITA JAIL**
**INMATE GRIEVANCE FORM**

ADA

CV 07-5581 / 5582 Super Lien 42 USC § 12123 Lis Pendence AEX CCP6

NAME: NELSON, dR. Swede PFN: 

HOUSING UNIT: Hole without Hearing 30 days DATE: Fri 10am

NATURE OF GRIEVANCE: (Give specific details) Denial of Health & Safety / Discrimination

(1) Warning - Notice, I'm in Wheel CHAIR! (Pillary) Witnessed FABIA #1039, Ms MARIA < 60 Year (ND Senior)

(2) Unable to Take SHOWER For 30 plus DAYS in Hole

i) Because of NO, Free on Shower Head

ii) Because of SPEED BUMP which is 6" "High Steps, Wheelchair"

iii) Because of NO, "Hand Rails"

iv) Because of No "Operation Button" to Auto Temperature Control (Loc# 1348)

v) The FLOOR is INFESTED with ± Billion Germs / Virus / Bacteria, Since Drain Cleaning

a) No DISINFECTION of FLOOR

b) NO NOT-TO-SKID STRIP

(3) GRIEVANCY Johnson / Dome - House Call - 1st Tier Said Cell FLOOR & Walls FILTHY, Vent Plugged

a) I'm denied Broom - Mop - LADDER

(4) HAVE not HAD POD ACCESS (30 days) Since

Sheriff AHERN, You ARE "NOW" Served Injunction By / with, HENSON Judge, US Dist Court ORDER

*** DO NOT WRITE ON THE BACK OF THIS FORM. USE ANOTHER FORM, WRITE PAGE 2

cdc H20549 Agent & Counsel INMATE SIGNATURE: Jeffrey "Swede" Reg Delay

*** DO NOT WRITE BELOW THIS LINE - ADMIN USE ONLY *** Private Attorney General

RECEIVED BY DEPUTY: E. SMITH BADGE #: 1321 DATE: 10/19/07

[ ] RESOLVED – INMATE ACCEPTANCE: ______ EXPLAIN RESOLUTION ON REVERSE SIDE.

[X] CAN NOT BE RESOLVED AT THIS LEVEL DRAW TRACKING NUMBER FROM CP-01

Page 42

FORWARDED TO SGT. ______ TRACKING NUMBER: 076-51609

COPIES: White - Staff use
Yellow - Inmate Receipt Copy

Wind Cap 4 nelson@Ack @ Dr. Swede Johnson Nelson 28/36

CML 7-51 (rev 8/06)

ALAMEDA COUNTY SHERIFF'S OFFICE
SANTA RITA JAIL
INMATE GRIEVANCE FORM

NAME: Nelson, Douglas

PFN:

HOUSING UNIT:

DATE:

NATURE OF GRIEVANCE: ( Give specific details )

Denial of Discrimation ADA

Abysmal Condition @ No Electricity, No Lights Phone TV Radio

on or about Noon Thursday 18th October

Which (a) Denied me Equal access to Phone (Court Library)

(b) Visa - Visage Wayne Gordon Hayes

(c) 8 Pod time for 20 hours

(d) 7:30 am Fri 19th (Whacked)

There by missing Employees of 147 Missing Railroad Enterprises of Colorado that are Going - Grave to Meet, Greener Energy Requirements

(e)

(f) Address of US Dist Court Rockie Mountain "TCRs" Div. Denver

Violation

Notice of ADA (Service / Program) Colorado / Calif Discrimination

*** DO NOT WRITE ON THE BACK OF THIS FORM. USE ANOTHER FORM, WRITE PAGE 2

INMATE SIGNATURE:

*** DO NOT WRITE BELOW THIS LINE - ADMIN USE ONLY

RECEIVED BY DEPUTY: D. Jones BADGE #: DATE: 10/21/07

[ ] RESOLVED – INMATE ACCEPTANCE: ______
EXPLAIN RESOLUTION ON REVERSE SIDE.

[X] CAN NOT BE RESOLVED AT THIS LEVEL
DRAW TRACKING NUMBER FROM CP-01

FORWARDED TO SGT. Lewis 878

TRACKING NUMBER: 076-51621

COPIES: White - Staff use
Yellow - Inmate Receipt Copy

ML – 51 (rev 8/06)