Soccer Service Post Ron Reagan
Douglas "Swede" Raymond **NELSON**, (8335)
JAILHOUSE LAWYER (307) 251-6146
5325 BRODER BLVD. (Ste ARX-006)
DUBLIN, Ca 94568
email WILDCAT4nelson@AOL.com

CV 07-5582 (558)
Lead Case CoCo S 06-1272 283
Proof of Service 11 Sept 07
Filed UPON mailing @ Camp Parks Pleasanton, Alameda Co

SUPERIOR COURT STATE of CALIFORNIA
in for ALAMEDIA (HAYWARD) County
24405 AMADOR ST.
HAYWARD, Ca 94544

CASE # H.....464
DQB 383-ARX-006
NOTICE of MOTION
MOTION
To WITHDRAW
PLEA Extra Ordinary Writ - Mandate
of 27th August off hearing
For NEW EVIDENCE
withheld in Discovery 14th Aug by ROSS-HARTMAN & ORLOFF DISTRICT ATTORNEY GENERAL BROWN
FOR EXTRADITION WARRANT To COLORADO
PC§ 1381, 23rd May

People's Colorado & California
Districts Attorney's Denver &
Alameda Counties: Ross-Hartman & Orloff. T.
Inter State Detainer Act U.S.A.
ATTORNEY-GENERALS BROWN-GONZEZ, &
as Adopted in Calif (codified) § PC 1381 et al.

=Ys=

Douglas "Swede" Raymond **NELSON**
Jailhouse Lawyer (303) 619-3183 (913) 925-1332
dba WILDCATTERS - Drilling - Mining - Railroads
Rock Springs, Wyoming & Aspen-Vail-Boulder Colorado
"Yellow Pages Listed All 7 Denver Book & Webster - Retrig."
and AT&TC "Annex Troubleshooter's Ltd", Best Medical at
Kings Beach - Incline Village, North TAHOE, Nv-Ca
emails www. WILDCAT4nelson & ATTC4nelson
@ AOL.com   @ Yahoo.com

BE IN THE INTERIM (ets)
O.R. Release for (violations) Readdress & or GRANT
Motion's to Dismiss
HEARING allowed Post TRIAL. Pre SENTENCE
21st Sept 07
8:30 AM Calendar

=Ys=

Wells Fargo, USA # 34183 352 $5,000 Walnut Creek
HSBC "world's local bank" @ China Town, Oakland $19,000
Cal. Dept of Workmen's Comp - Exxon Morsh Beach Ca.
& **VISA** Wells Fargo Chico, AAA Walnut Creek, Edward Jones money markets) Chico, Cheyenne, Wy & Aurora, Co

which FILED were 20th Aug 07

Now COMES Defendant(s), Fictious & Real Persons, AT&Tc
& D. "Swede" Raymond **NELSON**, Arrested 1st Aug. Midnight on
ALAMEDA Blvd. - Denver Ga ALAMEDIA COUNTY, CALIF WARRANT DQB 383
as Collection Agent Conspiracy PC§ 182, ie **RESTITUTION** WARRANT
filed by DISTRICT ATTORNEY ORLOFF.T. HARTMAN & ROSS, CALIFORNIA
CCI & NCIC, ATTORNEY(S) GENERAL(S) BROWN.J & GONZALES et al

(note WORKing in DARK, INMATES - Kerosene light)
Accident Pero Envelopes

@ By Swede Johns Often
WILDCAT4nelson @ AOL
MOTION TO WITHDRAW 27th Aug. Pre-Lim-Post date PLEA 30/36

Page 1 of 7

Continued People Vs State NELSON-Walters ARX-496    Case #.....464

@ San Leandro, Calif 23 May 07, PD#7-19455-Con#7239235

To: the HONORABLE CLAY-SANDERS, Dept 501-509 & 511
HAYWARD HALL of JUSTICE. STATE of CALIFORNIA, SUPERIOR court.
Whom District's Attorneys General(s) BROWN, Jr. & U.S. GONZALES
Via Interstate TREATY adopted-codified PC§1381, AND
Constitutional Rights 42 US §1983, To SPEED TRIAL & Public -
and Calif Constitution Art I et seq

THAT, UPON 13th Aug 07, Faretta Motion 50M, Dept 501, HAYWARD
AND "Not Guilty Plea", where the Court Left The Bench / never returning
to the Record for Mon 13th Aug 07, CASE ARX 496 - DQB383 & TH 464
Where-In DA ROSS via Phone Reduced 7 year Prison to 1 year County, other,
or Misdemeanor. After 14 hours of ADA, disabled, Senior Citizen
in Holding Cells (Posted Capacity ~12 persons) with ~30 inmates + wheelchair
at HAYWARD, Salt Port, Wherein "Incustody's" are entitled
to Priority Calander of 830am. in Violation of Constitution Rights of Due Process
of Pro-Pre Defendants, whom Suffered Latent Prejudice; Diabetic Shock;
AND Open Discovery was Withheld for Redaction & Destruction of
Exculparty Evidence, Bank Statements & Sales Contract & Credit Report.

District Attorney ORLOFF, HARTMAN & ROSS - General's Brown - Gonzales
& Sheriff Plumider, who's TRANSPORATION DUO #6-MOM-TUCKER's Etal
via United Airlines, Party(ed) at Denver Rockies Baseball Game
the 9th Aug, Rather Than Collecting Defends, Exculpatory
EVIDENCE / LAP TOP COMPAQ Computer & Property & Trust
FUNDS Did REFUSE/or UNWILLING TO USE ALAMEDIA Co. CASH EXPENSE
MONIES to PAY $30.00 booking Fee & Converted ~$100.00 of Inmate Trust
FUNDS of DENVER COUNTY SHERIFF. The Following Day 10th Aug @ Santa Rita, Midnight.
(See FBI complaint - Grievance 076-51383)

Page 4                                        Page 2 of 7

Motion to Withdraw Wildcat & nelson @ Rex OD, Swede / R. Juller
8th Aug Pre-Prelim, PLEA / motion to DISMISS  31/36

Continued People =V= Swede NELSON-Wells-Fargo ARX-666

Honorable Judge HAYWARD Dept 501 _____ ULN
on 14th Aug Highnoon, despite 8½ calendars, of In custody, Defendant
& setting Extra High Bail $60,000.00, while Allowing Many
O.R. Release on CVC §10851 even with GBI's $50,000 Bail continuance
for $1.2 million Olive Oil's / ELDER ABUSE: ie PREJUDICE Showing
& Violation of State & Federal Constitutions & Civil Rights: BAIL

Did "ORDER Discovery VERBAL" MOTION, neoA 14th Aug
where-UPON false crime Reports of Aledged Victim, PRYOR
ALVAREZ dba the CARSTORE, without Showing of Proof
of Discovery - Land Rover, Vin 4028, OWNERSHIP's

Wherein "CARFAX" Report shows Marin County Owner's
There-UPON Not Guilty Plea of 13th Aug, Reaffirmed &
PRO-PER ORDER (Verbal) issued to Sheriff Plumroe(s)
"Inmate Service" ementus SCHANEZ-BOYD; despite
Demand for WRITTEN ORDER.

Thereupon I discovered, that "LAW LIBRARY, Fixed Asset
And Constitutional Due Process, Entitlement, was Wantonly
Willfully & with Deliberate Indifference Wasted, Upon Notice
without Objection, Fair Play - Good Faith, By Sheriff Plumroe
~ 7th May 2004, of in Violation of Bounds V Warden Smith 431 US 817
when I asked for PRO-PER access.

Thereupon it's Established Fact that no WRITS
Petitions for HABEAS CORPUS, are Available; Reface-to-face
Deputy BOYD ~ 26th Aug & LRA contraretoe Refuse to study
Written Response, and Refusal of Minimal Reference
Authority Websters Collegia & West Compact Penal Code
& West's Blacks Law & CalJur & Evidence Codes, etc.
(see FBI complaint - Grievance #076-15231 & 15,354-CalJur)
(& DENVER COUNTY JAIL B1-244, COLORADO)

Page 3 of 7

Continued People vs Sade NELSON - Wells Fargo - HSBC - FDIC    C07-5582/81
                                                              Case# 5366
                                                              Load 06cocc1272
                                                                   07cocc263

1. The WRIT PROCESS is the MOST BASIC of AMERICAN Jurisprudence
2. of the United States of Northern Americas, Constitution
3. & the Magna Carta.

4. Furthermore it is Policy & Procedure of Sheriff
5. Plumber / Beasie w/Inteense @ Infirmary & ITR to
6. Deny Access to Phone, Call(s), Even Aware of Inter
7. State Treaty PC§1381, & Insulin Shock Therapy
8. @ Dublin Hospital, By Mr & Mrs TUCKER,
9. wherein I, Natural Person, ADA disabled / paraplegic
10. was Denied Meals @ Denver & Santa Rita, While they had Per Diem
11. CASH & ate in front of myself, Red Robin & Pizza etc

12. The Tuckers were Noticed by Denver Sheriff, that I
13. Required Insulin in 3 hours, 12 hours later I required
14. Hospitalization by order of PHS @ Santa Rita Jail
15. prior to Booking, because "OUT of CONTROL" Blood Sugar
16. It was further "While in Insulin Shock Therapy" 1079 ac/dose
17. from 400 in 4 hours, Dumped at Booking without Food 10,91/2hrs
18. for additional 8-10 hours. To Inflict, Insult & Trauma!

19. Whereas, the Tucker DUO, had Lost - Misplaced
20. Pain & Infections Relief for Post Surgery Prosthetic
21. Right-Leg Stump, Medical Records. And today I'm (Refused Relief)
22. Suffer Debilitating Pain, for Phantom Right Foot.

23. Upon final transfer to Infirmary, Cell #1 which has no
24. Phone Wiring / Denied Phone Access, Despite ~16 or 19th Amp
25. Inmate PRO-PER, Pin# Assignment •••• ##6, By BOYD
26. Inmate Service's. Wherein Boyd, replaces Sanchez
27. 4th of July is Willfully wantonly-Deliberate Indifferent WRONGFULLY Reprogramming
28. PRO PER - PINS ## on any inmate correct order Call. Record of Due Process
                                                    © D Sade Johnson Nelson Page 4 of 7
Page                                                           33/36
4/7    Motion (Extra Ord Writ) to WITHDRAWN Plea of entrance & Pre-lim
       WILDCAT 4nelson@aol

Continued People -vs- Swede NELSON - Wells Fargo - HSBC - FDIC   Case #-464

Prelim, was Calandered for the 24th Aug @ 8ᵃᵐ, It was again HELD 8-10 hours in holding Cells Over-Crowded, and NEVER allowed to APPEAR, & CONTINUED to the 27th Aug AND Violation of 10 days), Rule of Court, for Pre-Limary, Hearing, Speedy Trial Right & Due Process entitlement to DISMISSAL w/ PREJUDICE. Wherein ADDITIONAL Discovery was Provided HIGHNOON BY DA Ross-Hartman, from Lt. Perez for San Leandro PD & Alverez's. However Delibert Sabotauge & Continuance of RICO, CRIMINAL Conspiracy PC§182 The Wells Fargo -Identifier -Logo & HSBC bank DEPOSIT Records were Deleted upon Copy Process By DA Ross whom Offered County Time, Which was Rejected.

Whereupon, Monday 27th August 2007, PRELIMARY after 8-10 hours in holding CELL'S, was TRANSPORTED HONORABLE SANDERS Dept 509, were Offer was Reduced to 9 months County. for PLEA Count One.

Thereupon, Not having Law Library, necessary EXCUPLARY EVIDENCE of CALJIC, elements of CRIME. I capitulated to 6 months @ 2/3 Sentence.

After PLEA. The Pro-Phone & Infirmary Began OPERATION & I was Able to get CALJic & Bank Account N° that evidence No CRIMINAL Act was Committed. As had been Verbalized to DA Ross - Noon - 20th Aug. EVIDENCE was Withheld from #1 Discovery Motion that Funds were ON DEPOSIT ~15 April, 2 weeks To Trans-Action @ ALVEREZ'S - CAR Shope.

Page 10

Page 5 of 7
34/36
Motion (Extra Ordinary Writ) Windergt nelson @ PoL to Withdraw PLEA of 27th Aug Prelim

Continued People vs Swede NELSON - Wells Fargo - HSBC - FDIC Case #H...H64

PRAYER REQUEST (CV07-5582(B))
Lead Case Co Co Co SC 06-1272
07-883

The Defendants be GRANTED WITHDRAWAL of PLEA for ENTITLEMENT of DUE PROCESS, & SPEEDY TRIAL, To PRESENT HERETOFOR SECRETED EXCULPATORY EVIDENCE of COUNT 1 & 2 PROVIDED IN SECOND DISCOVERY the DAY PRIOR to PLEA, BY DA Ross-Hyerdan. FC§1054

SUBSEQUENTLY, Defendant was TRANSFERed FROM INFIRMARY to HOLE, in VIOLATION of CONSTITUTIONAL RIGHTS BECAUSE of DISABILITY PROSTHETIC's Right Foot, Metal Parts, & ADA accommodations DENIAL. References "Deputy Johnson (Sgt Shoes)" C76 - #51410 & #57401 & #51383 & #57354 & #57231 ALAMEDA COUNTY & #81-244 DENVER COUNTY.

This ADDED "TERROR-TRAMA", Plus Related Lack of TIMELY DIABETIC INSULIN 2 Times DAILY, IS IMMINENT DANGER of Physical INJURY, To Defendant "Per 28 USC §1915 / Civil Rights 42 USC §1983"

Wherefore, Please GRANT withdrawal of Nolo PLEA AND HEARING of MOTION to DISMISS / FOR Violation of 10 day Pre-Lim, & of O.R. RELEASE for PREJUDICE & CRUEL UNUSUAL PUNISHMENT BECAUSE of ADA disabilities INSULIN DEPENDENCY & PROSTHETIC's Right Foot

© Dr. Swede Johnson Nelson
Page 6 of 7
Page 49
Motion (Ex-parte Order not) to Withdraw PLEA & Ex Parte PreLim.
Wild Cat Hnelson@AOL  35/36

Continued People Vs Swede NELSON-WellsFargo Case#14148866

CV07-5382/5581

VERIFICATION                    Lead Case 07-66
                                SC06-1292
I (we) Defendants Douglas "Swede" Raymond NELSON   SC07-283
dba Wildcatter-Drilling-Mining-Railroads,
of Tahoe's North Shore-Truckee-Kings Beach-Incline
Village-Mt. Rose & Rock Springs, Wyoming, & Aspen,
Vail, Bolder-Denver Colorado.

Do hereby Aver & Verify THE PRECEEDING IS
TRUE & CORRECT to BEST of our Knowledge & Belief
UNDER Laws of California & Colorado USA. ....

⊗ Douglas "Swede" Raymond Nelson
— Jailhouse Lawyer —

Avered/Verified              Q.Q. Swedes Howard Nelson
@ Camp Parkes, Jefferson 94568   Secret Service
                             Post Ron Reagan
                             USSC Rehnquist
                             & Earl Warren

Page 50                                      Page 7of7

Motion (Extra Ordinary Writ) Wild Cat Nelson. Act 36/36 to Withdraw PLEA or 277 Aus Pro-Lim

STEPHEN L. WEIR
COUNTY CLERK-RECORDER
822 Main Street
P.O. Box 350, Martinez, Ca 94553
(925) 646-2366

This Space For Use of County Clerk

PLEASE PRINT OR TYPE

FILING FEE
$15.00 - FOR FIRST BUSINESS NAME ON STATEMENT
$ 5.00 - FOR EACH ADDITIONAL BUSINESS NAME FILED ON SAME STATEMENT AND DOING BUSINESS AT THE SAME LOCATION
$ 5.00 - FOR EACH ADDITIONAL OWNER IN EXCESS OF ONE OWNER

**SEE REVERSE SIDE FOR INSTRUCTIONS**

## FICTITIOUS BUSINESS NAME STATEMENT

NEW [X]   RENEW [ ]

THE NAME[S] OF THE BUSINESS[ES]:   FILE NO. ........

*WILDCATTER DRILLING-MINNING-RailRoads-PipeLines*
(Print Fictitious Business Name[s] on Line Above)

*mail (5325 BRODER BLVD (ste ARX006), DUBLIN CA 94568)*

** LOCATED AT: (Street Address of Business — If No Street Address Assigned — Give Exact Location of Business Plus P.O. Box or Rural Route)

IN: *2242 "B" MORELLO, PLEASANT HILLS, CALIF. 94523*
(City and Zip)

IS [ARE] HEREBY REGISTERED BY THE FOLLOWING OWNER[S]:

*** (#1) *NELSON, OR "Swede"*
(Full Name — Type/Print)
*"PRIVATE ATTORNEY GENERAL"*
*"Colorado Sec. of State" Reg.*
(Residence Address or state of incorporation, if incorporated)
*7410 w 67 Ave*
*Arvada, Colorado 80005*
(City and Zip)

(#2) ...........
(Full Name — Type/Print)

(Residence Address or state of incorporation if incorporated)

(City and Zip)

(#3) ...........
(Full Name — Type/Print)

(Residence Address or state of incorporation if incorporated)

(City and Zip)

(#4) ...........
(Full Name — Type/Print)

(Residence Address or state of incorporation if incorporated)

(City and Zip)

(If More Than 4 Registrants — Attach Additional Sheet Showing Owner Information)

**** This business is conducted by: *Sole Owner*   [X] an Individual   [ ] Individuals — Husband and Wife   [ ] a General Partnership
[ ] a Limited Partnership   [ ] a Corporation   [ ] a Business Trust   [ ] Co-Partners   [ ] a Joint Venture
[ ] an Unincorporated Association — other than a Partnership   [ ] a Limited Liability Co.   [ ] Other (specify)

***** The registrant commenced to transact business under the fictitious business name or names listed above on ........

SIGNATURE OF REGISTRANT: *Douglas "Swede" Raymond Nelson, PhD*

*Douglas "Swede" Raymond Nelson, LMT Licensee Manager Employee*
(Print name of person signing and, if a Corporate Officer, also state title)

THIS STATEMENT WAS FILED WITH THE COUNTY CLERK OF CONTRA COSTA COUNTY ON DATE INDICATED BY FILE STAMP ABOVE

N-O-T-I-C-E   THIS FICTITIOUS BUSINESS NAME STATEMENT EXPIRES ON *12 never* 20____. A NEW FICTITIOUS BUSINESS NAME STATEMENT MUST BE FILED PRIOR TO ____ 20__.
*WILDCATnelson@HOL  ® by Swede*
THE FILING OF THIS STATEMENT DOES NOT OF ITSELF AUTHORIZE THE USE IN THIS STATE OF A FICTITIOUS BUSINESS NAME IN VIOLATION OF THE RIGHTS OF ANOTHER UNDER FEDERAL, STATE, OR COMMON LAW (SEE SECTION 14411 ET SEQ., BUSINESS AND PROFESSIONS CODE).

NEWSPAPER                                               ASSIGNED FILE NO.