# ALAMEDA COUNTY SHERIFF'S OFFICE
## DETENTIONS AND CORRECTIONS DIVISION

ML-76 REV 9/06

## MESSAGE REQUEST

SRJ UNIT # _Suo_
GDJ FLOOR# _____
POD/CELL # _F 8_
RETURN TO INMATE _____

DATE: _Monday 26 Nov_

( ) BOOKING   ( ) COMMISSARY   ( ) INMATE SERVICES   ( ) CLASSIFICATION   (X) OTHER

PRINT ONLY!!!   PRINT ONLY!!!   PRINT ONLY!!!

PERSON TO CONTACT: _Pod F, Two @ 8_

_Re: Bad Commissary Balance_

_Acct. Balance $38.37_

_CDF-BLM Fire/Rescue Pilot of Invest - Inspects_

INMATE NAME: _NELSON, Doug_   PFN: _HRY-006_   DATE OF BIRTH: _5/6/44_

DEPUTY RECEIVING REQUEST: _____   DATE RECEIVED: _____

SEE BACK FOR RESPONSE

# ALAMEDA COUNTY SHERIFF'S OFFICE
## DETENTIONS AND CORRECTIONS DIVISION
### MESSAGE REQUEST

ML-78 REV 9/06

Proof of Service 9th Nov 07    Filed (N)    United State Dist Ct

Tues DATE: 27th Nov 07    Dinner

Terrorist Pipe Bombing    Christie Sheen (925) 828-4151
of Home/School
AAA claim 02-397-5 6th floor (at use)
Below settlement 40 mill 40 thou

SRJ UNIT #: Save
GDJ FLOOR #: Judgement
SUMMARY F-8
POD/CELL #:
RETURN TO INMATE ✗
Super UEN
57619 Badge 9450
$100 million
DEFAULT

( ) BOOKING    ( ) COMMISSARY    ( ) INMATE SERVICES    ( ) CLASSIFICATION    (✗) OTHER

**PRINT ONLY!!!    PRINT ONLY!!!    PRINT ONLY!!!**

PERSON TO CONTACT: Commander Lewis 628

PC12161, 93776
(IRS, FBI 900) — I again Received OPEN Legal Mail, IRS, Bill for $60K (Mail proved)
Officer Rodriguez / Included Tip Witnessed
Ossie from Taxes etc, Al·Rmill, Exxon Workmans Comp 15 April 06
However the Check Which Should Accompany it $162,000 ±
was (is) missing. I was expecting the Bill, Because Have not found Wife & Remarried, Bay Ing .
Also I have Never Received Back at Edward Jones the $1000 Returned (Mo.)
(wy) on the $600 room money market AAA annuites, see Grievances. (michigan)

INMATE NAME: NELSON Doe III Lee    PFN: ARX-006    DATE OF BIRTH: 5/6/45
Lost Dept of Energy, UCB-Livermore Lab — Fire/Rescue/Search land/sea/ PILOTS

DEPUTY RECEIVING REQUEST: _____ Green to APPL & Donna    DATE RECEIVED: 27th Nov

Page 1   CC   Returned 29th SEE BACK FOR RESPONSE ➜ cover please.
                 WINDCAT4 nelson@AOL

**ALAMEDA COUNTY SHERIFF'S OFFICE**
**SANTA RITA JAIL**
**INMATE GRIEVANCE FORM**

NAME: Douglas Blair An Honored CDW, Fire Power & Rescuer  PIN: DQB 366

HOUSING UNIT: Hon Wheel Chair FFE Handicapped  DATE: 13th Aug Continues

NATURE OF GRIEVANCE: (Give specific details) Mail Frauds    Identity Theft

On Tues 28th Nov 07                                Grand Theft

AN I.R.S. employee was received                    Appeal +

OPEN, Miss Form 54, NSF(MO) evidence
Identity (exemptions, Husks + Attacht + SSN)

II. Check IRS, etc. ADW victim 420551203?
Payment for Post Marshall Claims Office
Assault University of Phoenix, IRS, agents My service
Widowee & MR [Confidential Personal Matter] Derangement

Recert Date Summer Withdraw Disruption Gented

*** DO NOT WRITE ON THE BACK OF THIS FORM. USE ANOTHER FORM, WRITE PAGE 2
INMATE SIGNATURE: _____
*** DO NOT WRITE BELOW THIS LINE - ADMIN USE ONLY ***

RECEIVED BY DEPUTY: Garcia gave to West  BADGE #: _____  DATE: _____

[ ] RESOLVED – INMATE ACCEPTANCE: _____     [ ] CAN NOT BE RESOLVED AT THIS LEVEL
    EXPLAIN RESOLUTION ON REVERSE SIDE.           DRAW TRACKING NUMBER FROM CP-01

FORWARDED TO SGT. Lt Commander Lewis   TRACKING NUMBER: _____

COPIES: White - Staff use
        Yellow - Inmate Receipt Copy        WILDCAT 4 nelson@ AOL    ML – 51 (rev 8/06)



*US Supreme Court*
*Robert, John, Greg, Ron*

**Serving Oakland for 133 years** — **50 cents**

*Appeal of Bankruptcy*
*THOMPSON, Tevia / Trustee*

## the Chauncey GALE ley Project

*ting the death of a journalist*

*The "Sudents" HAVE Every Right of Refusal to Sale Residence*

# Bakery's new owner may soon be known

■ Lawyer's office to host auction for bankrupt concern linked to editor's slaying

**By Josh Richman**
STAFF WRITER

Ownership of the former headquarters of Your Black Muslim Bakery — an institution that loomed large over North Oakland for decades, now laid low by bankruptcy and violence — might be decided today at an auction in an Oakland lawyer's office.

A hearing on Trustee Tevia Thompson's motion to sell the property at 5832 San Pablo Ave. is scheduled for 3 p.m. Thursday before U.S. Bankruptcy Court Judge Edward Jellen in Oakland.

But several buyers have expressed interest, and a live auction is to be held today in the office of Thompson's attorney, Eric Nyberg, to determine the high bidder. Thompson will then submit that high bidder's name Thursday for Jellen's approval; he'll seek the court's approval of the second-highest bidder as well, as a back-up offer.

The first offer for

**More than 200 police officers swarmed those and other properties Aug. 3. Four people were arrested, including Devaughndre Broussard, 20, a bakery handyman who has been charged with the Aug. 2 homicide of Oakland Post Editor Chauncey Bailey**

