IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS SWEDE-RAYMOND NELSON,<br>        Petitioner,<br>  vs.<br>GEORGE BUSH,<br>        Respondent. | No. C 07-06188 JW (PR)<br><br>JUDGMENT |

    Petitioner, a state prisoner, filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner did not apply for leave to proceed in forma pauperis nor pay the filing fee, so on December 6, 2007, this Court's clerk sent him a notice that he must do so within thirty days or the case would be dismissed. Although that deadline has since passed, petitioner has not complied.

    For the foregoing reasons, this case is DISMISSED without prejudice. Judgment is entered accordingly. The clerk shall close the file.

DATED: January 24, 2008

                              JAMES WARE
                              United States District Judge

Judgment
P:\PRO-SE\SJ.JW\HC.07\Nelson6188_judgment-ifp.wpd